Keshava LLC DBA
Washington Inn subtenant

1  Your name: Robert Eberwein dba ins,cynt/Boss

2  Address: 495 10th Street

3  _____

4  Phone Number: 415 639 7961

5  ~~Fax Number:~~ cah52 @ staychoice.com

6  E-mail Address: roberteberwein@netscape.net

7  Pro Se  [Select one: Plaintiff or Defendant]

FILED
FEB 12 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Free
NP
IFAP

WHO

**UNITED STATES ~~DISTRICT~~ COURT** BANKRUPTCY

**NORTHERN DISTRICT OF CALIFORNIA** C25-01462 NP

[Select one location: San Francisco / Oakland / San Jose / Eureka]

10-4186 D-EDS-19

| | |
|---|---|
| KESHAVA   LLC | Case Number: 24 CV 102467 |
| d/b/a  The Washington | Title of Document: MERE OPEN NO DISC |
| Inn | Notice of Removal |
| Plaintiff(s), | 38 CFR 3.3.53 |
| vs. | 24 CV 102467 |
| Cnaledeeannk a | FROM ALAMEDA |
| Govens | SUPERIOR COURT |
| Does 1 to 10 | NUN PRO TUNC |
| Inclusive | JAN 10 2025 |
| Defendant(s). | RECEIVED |
| Robert Eberwein | 2025 JAN10 PM 5:57 |
| | CLERK, US DISTRICT COURT |
| | NO. DIST. OF CA. |

Kimberely rejected our films

The Cenn C

TITLE OF DOCUMENT:_____    CASE NO.:_____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

1   YOUR NAME *Robert Eberwein*
    Street Address
2   City, State, Zip
    Phone Number (with area code)
3   Fax Number: if available
    Email: if available
4   *robert eberwein@*
5   *netscape.net*
6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF ALAMEDA

10

11  Keshasva llc dba Washington Inn fbn Paresh Patel )   Case No.: *24CV102467* emergrency motion nun pro unc 3
    Carlos Rosales, BOSS the lietenant, T Rouse Eric )    38 cfr **g., false claim by paresh Patel and**
12                               Plaintiff(s),         )    **Carlos Rosales and T Rouse, BOSS Insight**
                                                       )    **housing retaitin after hearing 495 10 see**
13                    vs.                              )    **11192024 awqrd letter NOTICE OF**
                                                       )    **MOTION AND MOTION FOR STRIKING**
14  Robert D Eberwein                                  )    **PORTIONS OF COMPLAINT)**
                                                       )
15                                                     )    **DATE: (date of hearing)** *03/11/2025*
                              Defendant(s).            )    **TIME: (time of hearing)** *9:00am*
16                                                     )    **DEPT: (department number)** *511*
                                                       )
17                                                     )    Judge: (name of hearing judge) *Steadman*
                                                       )    Dept: (department number)
18                                                     )    Action Filed: (date) *12/16/24*
19                                                          Trial Date: (Date or Unassigned) *3/10/25*

20  URGENT  MOTION  FOR  RELIEF  FROM  JUDGEMENT,  THE  CASE  MANAGEMENT

21  CONFERENCE  WAS  HELD  ON  FEBRAURY  FIFTH  IN  ATTENDANCE  DOR  THE

22  PLAINTIFF  WAS  PAREWH  PATEL  AND  CARLO  ROSLAES  AND  THEIR  SECOND

23  ATTORNEY.  NO  SETTEMENT  WAS  ENTERED  AND  JURY  SET.  FOR  THE  ALLEGED

24  DEFENDT  ROBERT  D  Eberwein  identifying  as  a  man  and  lisa  joseph  hostagesurvior@gmail.com,

25  Ihss h9ward lake junior.  After heaqring the issues and objectiin raised by insighthusing.prg

26  subtenant and the lawyer spouting that n9o funds had been paid for seven months the courts orders

27  IMMEDIATE  SHOW  CAUSE  AGAINST  PLAINTIFF  WHO  DIS  OBEYED  THE  COURT

28

                                    - 1 -
                INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  ORDER AFTER OEAVING THE COURT ROOM AND CONTINUED TO REQUEST
2  SETTEMENT. FULLY AWQRE THA TUNKNOWN TO EBERWEIN THAT DEPARTMENT
3  OF VETERANS AFFAIRS NVEMBER 2024 AND JAUNAURAY 2023 HEARING HAD BEEN
4  MAIOED TO 495 10TH STREET OAKLAND CA 84607. Boss workers blocaded the door and
5  prevented the ihss woriers from bringing in the clothing and groceris that had been cut off month
6  ago.

7

8  DATED: February 7, 2025

9                                                          YOUR NAME
10                                                         In Pro Per

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Carson C. Newton (SBN 239567)
c/o OSDP, 931 10th Street, Ste. 763, Modesto, CA 95354

TELEPHONE NO.: (800) 380-4403    FAX NO.:
EMAIL ADDRESS:
ATTORNEY FOR *(Name):* Keshava LLC d/b/a The Washington Inn

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Hayward Hall of Justice, 24405 Amador Street, Hayward, CA 94544
CITY AND ZIP CODE: Oakland          94601
BRANCH NAME: René C. Davidson Courthouse-Civil Div.

| FOR COURT USE ONLY |
|---|
| **ELECTRONICALLY FILED** Superior Court of California, County of Alameda **12/10/2024** Chad Finke, Executive Officer / Clerk of the Court By: ___A. Castaneda___ Deputy |

CASE NAME: Keshava LLC vs. Goyens and DOES 1 TO 10 INCLUSIVE

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 24CV102467 |
|---|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $35,000) | ☑ Limited (Amount demanded is $35,000 or less) | ☐ Counter    ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☑ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 12/5/2024

Carson C. Newton
_____
(TYPE OR PRINT NAME)

▶ /S/ Carson C. Newton
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                     CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
  *case involves an uninsured*
  *motorist claim subject to*
  *arbitration, check this item*
  *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or*
  *toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil*
  *harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer*
    *or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally*
  *complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent*
    *domain, landlord/tenant, or*
    *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
  *drugs, check this item; otherwise,*
  *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner
    Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex*
  *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic*
    *relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-*
    *harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 239567 | FOR COURT USE ONLY |
|---|---|
| NAME: Carson C. Newton | |
| FIRM NAME: c/o OSDP | |

NAME: Carson C. Newton
FIRM NAME: c/o OSDP
STREET ADDRESS: 931 10th Street, Ste. 763
CITY: Modesto        STATE: CA      ZIP CODE: 95354
TELEPHONE NO.: (800) 380-4403        FAX NO.:
EMAIL ADDRESS:
ATTORNEY FOR (name): Keshava LLC d/b/a The Washington Inn

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda

**12/10/2024**

Chad Finke, Executive Officer / Clerk of the Court
By: _____ A. Castaneda _____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Hayward Hall of Justice, 24405 Amador Street, Hayward, CA 94544
CITY AND ZIP CODE: Oakland        94601
BRANCH NAME: René C. Davidson Courthouse-Civil Div.

PLAINTIFF: Keshava LLC d/b/a The Washington Inn
DEFENDANT: Chaledeeannk Goyens
[✓] DOES 1 TO 10 INCLUSIVE

| **COMPLAINT—UNLAWFUL DETAINER*** | CASE NUMBER: |
|---|---|
| [✓] COMPLAINT [ ] AMENDED COMPLAINT (Amendment Number): | **24CV102467** |

**Jurisdiction** *(check all that apply):*

[✓] ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)
Amount demanded [✓] does not exceed $10,000
[ ] exceeds $10,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
[ ] from unlawful detainer to general unlimited civil (possession not in issue).      [ ] from limited to unlimited.
[ ] from unlawful detainer to general limited civil (possession not in issue).      [ ] from unlimited to limited.

1. *PLAINTIFF (name each):*
   Keshava LLC d/b/a The Washington Inn

   *alleges causes of action against DEFENDANT (name each):*

   Chaledeeannk Goyens

2. a. Plaintiff is (1) [ ] an individual over the age of 18 years. (4) [ ] a partnership.
      (2) [ ] a public agency.      (5) [ ] a corporation.
      (3) [✓] other *(specify):* a limited liability company
   b. [✓] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*
      The Washington Inn

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):*
      495 10th Street, Rm 309, Oakland, CA 94607        County:     Alameda
   b. The premises in 3a are *(check one)*
      (1) [✓] within the city limits of *(name of city):* Oakland
      (2) [ ] within the unincorporated area of *(name of county):* Alameda
   c. The premises in 3a were constructed in *(approximate year):* 1912

4. Plaintiff's interest in the premises is [✓] as owner [ ] other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

**\* NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD–100 [Rev. January 1, 2024]

**COMPLAINT—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.;
Code of Civil Procedure, §§ 425.12, 1166
www.courts.ca.gov

**UD-100**

| PLAINTIFF: Keshava LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: Chaledeeannk Goyens and DOES 1 TO 10 INCLUSIVE | 24CV102467 |

6.  a.  On or about *(date):* May 6, 2024

defendant *(name each):*

Chaledeeannk Goyens

(1)  agreed to rent the premises as a  ☑ month-to-month tenancy  ☐ other tenancy *(specify):*

(2)  agreed to pay rent of  $ 3,420           payable ☑ monthly       ☐ other *(specify frequency):*

(3)  agreed to pay rent on the    ☐ first of the month    ☑ other day *(specify):* WEEKLY

b.  This ☐ written ☑ oral  agreement was made with

(1) ☑ plaintiff.        (3) ☐ plaintiff's predecessor in interest.

(2) ☐ plaintiff's agent. (4) ☐ Other *(specify):*

c.  ☑ The defendants not named in item 6a are

(1) ☑ subtenants.

(2) ☐ assignees.

(3) ☑ Other *(specify):* unauthorized occupants

d.  ☑ The agreement was later changed as follows *(specify):*
The tenant orginally had a contract with a charity program for veterans, this agreement has since been terminated and the Defendant is now responsible for the full amount of the monthly rent. The receipts for the weekly rent are attached at EXHIBIT 1.

e.  ☑ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

f.  ☐ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*

(1) ☐ *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*

(2) ☐ *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7.  The tenancy described in 6 *(complete (a) or (b))*

a.  ☑ **is not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify):* (e)(1) Hotel, motel, residence.club

b.  ☐ is subject to the Tenant Protection Act of 2019.

8.  *(Complete only if item 7b is checked. Check all applicable boxes.)*

a.  ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

b.  ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

(1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of  $

(2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling  $ to *(name each defendant and amount given to each):*

c.  ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9.  a.  ☑ Defendant *(name each):*

Chaledeeannk Goyens

was served the following notice on the same date and in the same manner:

(1) ☑ 3-day notice to pay rent or quit

(2) ☐ 30-day notice to quit

(3) ☐ 60-day notice to quit

(4) ☐ 3-day notice to quit

(5) ☐ 3-day notice to perform covenants or quit *(not applicable if item 7b checked)*

(6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c) Prior required notice to perform covenants served *(date):*

(7) ☐ Other *(specify):*

**UD-100**

| | |
|---|---|
| PLAINTIFF: Keshava LLC<br>DEFENDANT: Chaledeeannk Goyens and DOES 1 TO 10 INCLUSIVE | CASE NUMBER:<br>24CV102467 |

9. b. (1) On *(date):* 12/4/2024        the period stated in the notice checked in 9a expired at the end of the day.

(2) Defendants failed to comply with the requirements of the notice by that date.

c. All facts stated in the notice are true.

d. ☑ The notice included an election of forfeiture.

e. ☑ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*

f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. ☑ The notice in item 9a was served on the defendant named in item 9a as follows:

(1) ☐ By personally handing a copy to defendant on *(date):*

(2) ☐ By leaving a copy with *(name or description):*

a person of suitable age and discretion, on *(date):*        at defendant's

☐ residence    ☐ business   AND mailing a copy to defendant at defendant's place of residence

on *(date):*        because defendant cannot be found at defendant's residence or usual place of business.

(3) ☑ By posting a copy on the premises on *(date):* 11/27/2024

☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises

on *(date):* 11/27/2024

(a) ☐ because defendant's residence and usual place of business cannot be ascertained OR

(b) ☑ because no person of suitable age or discretion can be found there.

(4) ☐ *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*

(5) ☐ *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties

b. ☐ *(Name):*

was served on behalf of all defendants who signed a joint written rental agreement.

c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.

d. ☑ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

12. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $9,790.00

13. ☑ The fair rental value of the premises is $114.00        per day.

14. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*

15. ☐ A written agreement between the parties provides for attorney fees.

16. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.

17. ☐ Other allegations are stated in Attachment 17.

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

| PLAINTIFF: Keshava LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: Chaledeeannk Goyens and DOES 1 TO 10 INCLUSIVE | 24CV102467 |

## 19. PLAINTIFF REQUESTS

a. possession of the premises.

b. costs incurred in this proceeding:

c. ☑ past-due rent of $9,790

d. ☑ reasonable attorney fees.

e. ☑ forfeiture of the agreement.

f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $

g. ☑ damages at the rate stated in item 13 from
date: 12/5/2024

for each day that defendants remain in possession through entry of judgment.

h. ☐ statutory damages up to $600 for the conduct alleged in item 14.

i. ☑ other (specify):
relief the court deems just and proper.

20. ☑ Number of pages attached (specify): 19

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

21. ☑ (Complete in all cases.) An unlawful detainer assistant ☐ did not ☑ did
for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

a. Assistant's name: One Source Document Preparers, LLC

b. Street address, city, and zip code:
931 10th Street, #763, Modesto, CA 95354

c. Telephone no.: (800) 380-4403

d. County of registration: Stanislaus

e. Registration no.: 2018-001

f. Expires on (date): August 6, 2026

Date: 12/5/2024

Carson C. Newton

(TYPE OR PRINT NAME)

▶ /S/ Carson C. Newton

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/5/2024

SEE ATTACHED VERIFICATION

(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF)

UD-100 [Rev. January 1, 2024]

**COMPLAINT—UNLAWFUL DETAINER**

Page 4 of 4

| Short Title of Case Keshava LLC v. Chaledeeannk Goyens | Case Number |
|---|---|

**VERIFICATION    (INDIVIDUAL)**

In the above entitled action, I am the  ☒ Managing Member of Plaintiff a party to this action, and
am authorized to make this verification for and on its behalf, and I make this verification for that
reason

I have read and know the contents of the foregoing

☒   Complaint/Petition        ☐   Cross complaint

☐   Answer/Response            ☐   Other _____

The matters stated in the foregoing document are true of my own knowledge, except as to the matters
that are stated on my information or belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true
and correct.

Executed on (date):   December 5, 2024

at (City):   Oakland, California      .

Paresh Patel                                                            *Paresh Patel*
_____                    _____
Type or print name                                            Signature

**From:** Leonardo Rojas <lrojas@insighthousing.org>
**Sent:** Tuesday, March 12, 2024 4:24 PM
**To:** carlos thewashingtoninn.com <carlos@thewashingtoninn.com>
**Cc:** Omar Reed <oreed@insighthousing.org>; Sable Hailemichael <shailemichael@insighthousing.org>
**Subject:** Meeting Follow Up

Good afternoon Carlos,

Thank you for meeting with me this afternoon at the Washington Inn to discuss a partnership between Insight Housing and your hotel. I wanted to quickly recap what we discussed to make sure I didn't misunderstand anything and have the accurate information. I have also included my senior program manager, Omar Reed, and the other program manager at my office, Sable Hailemichael, onto this email to loop them in as well.

You have three different types of rooms: standard (35 units), king standard (6 units), and doubles (6 units). Your location also has 2 ADA compliant rooms which have handrails in the bathroom and a shower chair. The King standard rooms have a microwave and mini fridge, but none of the other rooms have a microwave. The standard rooms may have a mini fridge in them, but no microwave. If we are requesting that someone be in a standard room with a mini fridge, then you mentioned being able to provide one for those guests.

We also confirmed that we would make any reservations on a weekly basis (availability permitting, obviously if you're all booked up then we would have to identify another placement). Any guests we place at your hotel would need to follow all of the hotel's rules as well as remain in compliance with our program. Insight Housing can also only cover any household's stay for 60 days, any charges incurred after 60 days would be the responsibility of the guest. We also discussed folks having to relocate to Coral Reef Inn and Suites in Alameda once they hit the 28 day mark at Washington Inn. You advised that you would be able to give our folks a ride over to that location where they would stay the night and then you would arrange transportation for them to come back to Washington Inn the following day. As I understood it, our clients would be allowed to keep their belongings in their room at Washington Inn for the night they are staying at Coral Reef.

We discussed that you would send over invoices weekly and the turnaround time for payment from Insight Housing. We discussed paper checks and direct deposit options. I don't recall landing firmly one way or the other, but we can work that piece out. I can send over the ACH form for you guys to fill out if we want to do direct deposit.

You also provided your email and phone number to set up reservations and advised that any reservations made by phone or text would be followed up with an email confirming the reservation.

Please let me know if you feel that I missed anything or misunderstood any part of our conversation this afternoon.

Thank you again for meeting with me and I look forward to working with you,



Leonardo Rojas
He/Him/His
Program Manager

Phone: 510.459.8886

1901 Fairview Street Berkeley CA 94703
https://insighthousing.org

Alameda Veteran Services Hotline: 888.479.1926





The information contained in this communication is confidential and intended only for the use of the recipient named above, and may be legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or you have received this communication in error, please delete this communication immediately.



WIA Directive WIADO1-8 (10/2/01) WIA Directive WIADO1-21 (6/25/02)

**NOTICE TO PARTICIPANTS**

It is the policy of Insight Housing's Roads Home that participants be treated fairly and respectfully. Roads Home promotes equal access and equal opportunity to its program services. Roads Home actively prohibits discrimination of individuals on the basis of race, color, ancestry, national origin, religion, sex marital status, age, medical condition, disability, political affiliation of belief. Roads Home will make all reasonable accommodations for participants with special needs so that they may benefit from our services.

If you think you have been discriminated against, you may contact the Senior Program Manager or Regional Director of Veteran Services. Complaints alleging civil rights discrimination or criminal activity may be filed at any time.

If you want to file a complaint regarding an action, policy, or treatment that impacts your participation in the Roads Home program, please contact your case manager. A copy of the Roads Home Grievance Procedure should have been provided to you and can be found in the program office or can be requested.

As stated in the Roads Home Grievance Procedure, attempts will be made to resolve the complaint informally. However, if this informal process does not resolve the complaint, you have the right to file a formal complaint with the State of California Civil Rights Center.

Please ask for help if you want to file a formal complaint. You have the right to receive assistance in the complaint process.



Formerly Berkeley Food & Housing Project

3225 Adeline Street, Berkeley, CA 94703
info@insighthousing.org
510.649.4965 | insighthousing.org

July 22, 2024

Chaledeenannka Goyens
C/O Washington Inn
495 10th St, Oakland, CA 94607

Dear Ms. Goyens:

This letter is to advise you that you currently have 14 days remaining in your hotel stay provided by Insight Housing's SSVF Emergency Housing Assistance program.

During your stay you are required to continue abiding by the program and hotel rules. Failure to do so may result in early removal from the hotel. By signing this agreement, you agree to leave the hotel when instructed by program and/or hotel staff or by the morning of Sunday, August 4th, 2024.

Once again, we sincerely thank you for your service and look forward to continuing to be of service to you.

Sincerely,

Kimberly White

Case Manager
Phone: +1 510-823-6476
1901 Fairview Street Berkeley CA 94703



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

Account:
Date: 01/27/25
Room: 309
Arrival Date: 01/27/25
Departure Date: 02/03/25
Check In: 01/27/25
Check Out Time
Rewards Program ID: gm
You were checked in by: gm
You were checked out by: $0.00
**Total Balance Due:**

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 01/27/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/27/25 | State Tax | | $14.00 |
| 01/27/25 | Tourism Tax | | $0.00 |
| 01/28/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/28/25 | State Tax | | $14.00 |
| 01/28/25 | Tourism Tax | | $0.00 |
| 01/29/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/29/25 | State Tax | | $14.00 |
| 01/29/25 | Tourism Tax | | $0.00 |
| 01/30/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/30/25 | State Tax | | $14.00 |
| 01/30/25 | Tourism Tax | | $0.00 |
| 01/31/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/31/25 | State Tax | | $14.00 |
| 01/31/25 | Tourism Tax | | $0.00 |
| 02/01/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 02/01/25 | State Tax | | $14.00 |
| 02/01/25 | Tourism Tax | | $0.00 |
| 02/02/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 02/02/25 | State Tax | | $14.00 |
| 02/02/25 | Tourism Tax | | $0.00 |

| 02/03/25 | Direct Bill | ($798.00) |
|---|---|---|
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |
| | Direct Bill | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAHS2)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAHS2@stayatchoice.com

| | |
|---|---|
| Account: | 94009?2?1 |
| Date: | 01/20/25 |
| Room: | 309   &&& |
| Arrival Date: | 01/20/25 |
| Departure Date: | 01/27/25 |
| Check In: | 01/20/25 |
| Check Out Time: | |
| Rewards Program ID: | grn |
| You were checked in by: | grn |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 01/20/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/20/25 | State Tax | | $14.00 |
| 01/20/25 | Tourism Tax | | $0.00 |
| 01/21/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/21/25 | State Tax | | $14.00 |
| 01/21/25 | Tourism Tax | | $0.00 |
| 01/22/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/22/25 | State Tax | | $14.00 |
| 01/22/25 | Tourism Tax | | $0.00 |
| 01/23/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/23/25 | State Tax | | $14.00 |
| 01/23/25 | Tourism Tax | | $0.00 |
| 01/24/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/24/25 | State Tax | | $14.00 |
| 01/24/25 | Tourism Tax | | $0.00 |
| 01/25/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/25/25 | State Tax | | $14.00 |
| 01/25/25 | Tourism Tax | | $0.00 |
| 01/26/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/26/25 | State Tax | | $14.00 |
| 01/26/25 | Tourism Tax | | $0.00 |

| 01/27/25 | Direct Bill | | ($798.00) |
|---|---|---|---|
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with CamScanner



Washington Inn (CAH52)
495 10th Street
Oakland CA 94607
(510) 452-1776
CAH52@staystchoice.com

Insight Housing
Goyens. Chaledeeannk
1234
Oakland, CA 94607

| | |
|---|---|
| Account: | 9160? |
| Date: | 01/13/25 |
| Room: | 309   MA |
| Arrival Date: | 01/13/25 |
| Departure Date: | 01/20/25 |
| Check In: | 01/13/25 |
| Check Out Time | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 01/13/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/13/25 | State Tax | | $14.00 |
| 01/13/25 | Tourism Tax | | $0.00 |
| 01/14/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/14/25 | State Tax | | $14.00 |
| 01/14/25 | Tourism Tax | | $0.00 |
| 01/15/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/15/25 | State Tax | | $14.00 |
| 01/15/25 | Tourism Tax | | $0.00 |
| 01/16/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/16/25 | State Tax | | $14.00 |
| 01/16/25 | Tourism Tax | | $0.00 |
| 01/17/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/17/25 | State Tax | | $14.00 |
| 01/17/25 | Tourism Tax | | $0.00 |
| 01/18/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/18/25 | State Tax | | $14.00 |
| 01/18/25 | Tourism Tax | | $0.00 |
| 01/19/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/19/25 | State Tax | | $14.00 |
| 01/19/25 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 01/20/25 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |
| | Direct Bill | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | |
| Date | 01/06/25 |
| Room | 309 |
| Arrival Date: | 01/06/25 |
| Departure Date | 01/13/25 |
| Check In | 01/06/25 |
| Check Out Time | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 01/06/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/06/25 | State Tax | | $14.00 |
| 01/06/25 | Tourism Tax | | $0.00 |
| 01/07/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/07/25 | State Tax | | $14.00 |
| 01/07/25 | Tourism Tax | | $0.00 |
| 01/08/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/08/25 | State Tax | | $14.00 |
| 01/08/25 | Tourism Tax | | $0.00 |
| 01/09/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/09/25 | State Tax | | $14.00 |
| 01/09/25 | Tourism Tax | | $0.00 |
| 01/10/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/10/25 | State Tax | | $14.00 |
| 01/10/25 | Tourism Tax | | $0.00 |
| 01/11/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/11/25 | State Tax | | $14.00 |
| 01/11/25 | Tourism Tax | | $0.00 |
| 01/12/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/12/25 | State Tax | | $14.00 |
| 01/12/25 | Tourism Tax | | $0.00 |

| 01/13/25 | Direct Bill | | ($798.00) |
|---|---|---|---|
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 440794s |
| Date: | 12/30/24 |
| Room: | 309    MM |
| Arrival Date: | 12/30/24 |
| Departure Date: | 01/06/25 |
| Check In | 12/30/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/30/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/30/24 | State Tax | | $14.00 |
| 12/30/24 | Tourism Tax | | $0.00 |
| 12/31/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/31/24 | State Tax | | $14.00 |
| 12/31/24 | Tourism Tax | | $0.00 |
| 01/01/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/01/25 | State Tax | | $14.00 |
| 01/01/25 | Tourism Tax | | $0.00 |
| 01/02/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/02/25 | State Tax | | $14.00 |
| 01/02/25 | Tourism Tax | | $0.00 |
| 01/03/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/03/25 | State Tax | | $14.00 |
| 01/03/25 | Tourism Tax | | $0.00 |
| 01/04/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/04/25 | State Tax | | $14.00 |
| 01/04/25 | Tourism Tax | | $0.00 |
| 01/05/25 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 01/05/25 | State Tax | | $14.00 |
| 01/05/25 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 01/06/25 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with
CamScanner

**Washington Inn (CAH52)**

495 10th Street

Oakland CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094+54 |
| Date | 12/23/24 |
| Room | 309    BAR |
| Arrival Date | 12/23/24 |
| Departure Date | 12/30/24 |
| Check In | 12/23/24 |
| Check Out Time: | |
| Rewards Program ID | grm |
| You were checked in by | grm |
| You were checked out by | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/23/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/23/24 | State Tax | | $14.00 |
| 12/23/24 | Tourism Tax | | $0.00 |
| 12/24/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/24/24 | State Tax | | $14.00 |
| 12/24/24 | Tourism Tax | | $0.00 |
| 12/25/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/25/24 | State Tax | | $14.00 |
| 12/25/24 | Tourism Tax | | $0.00 |
| 12/26/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/26/24 | State Tax | | $14.00 |
| 12/26/24 | Tourism Tax | | $0.00 |
| 12/27/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/27/24 | State Tax | | $14.00 |
| 12/27/24 | Tourism Tax | | $0.00 |
| 12/28/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/28/24 | State Tax | | $14.00 |
| 12/28/24 | Tourism Tax | | $0.00 |
| 12/29/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/29/24 | State Tax | | $14.00 |
| 12/29/24 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 12/30/24 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |
| | Direct Bill | ($798.00) |

Scanned with CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 440/94954 |
| Date: | 12/16/24 |
| Room: | 309  SAP |
| Arrival Date: | 12/16/24 |
| Departure Date: | 12/23/24 |
| Check In : | 12/16/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/16/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/16/24 | State Tax | | $14.00 |
| 12/16/24 | Tourism Tax | | $0.00 |
| 12/17/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/17/24 | State Tax | | $14.00 |
| 12/17/24 | Tourism Tax | | $0.00 |
| 12/18/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/18/24 | State Tax | | $14.00 |
| 12/18/24 | Tourism Tax | | $0.00 |
| 12/19/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/19/24 | State Tax | | $14.00 |
| 12/19/24 | Tourism Tax | | $0.00 |
| 12/20/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/20/24 | State Tax | | $14.00 |
| 12/20/24 | Tourism Tax | | $0.00 |
| 12/21/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/21/24 | State Tax | | $14.00 |
| 12/21/24 | Tourism Tax | | $0.00 |
| 12/22/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/22/24 | State Tax | | $14.00 |
| 12/22/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 12/23/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAHS2)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAHS2@stayatchoice.com

| | |
|---|---|
| Account: | 940094842 |
| Date: | 12/09/24 |
| Room: | 309  bath |
| Arrival Date: | 12/09/24 |
| Departure Date: | 12/16/24 |
| Check In | 12/09/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/09/24 | State Tax | | $14.00 |
| 12/09/24 | Tourism Tax | | $0.00 |
| 12/10/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/10/24 | State Tax | | $14.00 |
| 12/10/24 | Tourism Tax | | $0.00 |
| 12/11/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/11/24 | State Tax | | $14.00 |
| 12/11/24 | Tourism Tax | | $0.00 |
| 12/12/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/12/24 | State Tax | | $14.00 |
| 12/12/24 | Tourism Tax | | $0.00 |
| 12/13/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/13/24 | State Tax | | $14.00 |
| 12/13/24 | Tourism Tax | | $0.00 |
| 12/14/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/14/24 | State Tax | | $14.00 |
| 12/14/24 | Tourism Tax | | $0.00 |
| 12/15/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/15/24 | State Tax | | $14.00 |
| 12/15/24 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 12/16/24 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |
| | Direct Bill | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| | |
|---|---|
| Account: | 9400948... |
| Date: | 12/02/24 |
| Room: | 309  RM |
| Arrival Date: | 12/02/24 |
| Departure Date: | 12/09/24 |
| Check In : | 12/02/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/02/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/02/24 | State Tax | | $14.00 |
| 12/02/24 | Tourism Tax | | $0.00 |
| 12/03/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/03/24 | State Tax | | $14.00 |
| 12/03/24 | Tourism Tax | | $0.00 |
| 12/04/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/04/24 | State Tax | | $14.00 |
| 12/04/24 | Tourism Tax | | $0.00 |
| 12/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/05/24 | State Tax | | $14.00 |
| 12/05/24 | Tourism Tax | | $0.00 |
| 12/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/06/24 | State Tax | | $14.00 |
| 12/06/24 | Tourism Tax | | $0.00 |
| 12/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/07/24 | State Tax | | $14.00 |
| 12/07/24 | Tourism Tax | | $0.00 |
| 12/08/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/08/24 | State Tax | | $14.00 |
| 12/08/24 | Tourism Tax | | $0.00 |
| 12/09/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 540094... |
| Date: | 11/25/24 |
| Room: | 309    BAR |
| Arrival Date: | 11/25/24 |
| Departure Date: | 12/02/24 |
| Check In : | 11/25/24 |
| Check Out Time | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 11/25/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/25/24 | State Tax | | $14.00 |
| 11/25/24 | Tourism Tax | | $0.00 |
| 11/26/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/26/24 | State Tax | | $14.00 |
| 11/26/24 | Tourism Tax | | $0.00 |
| 11/27/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/27/24 | State Tax | | $14.00 |
| 11/27/24 | Tourism Tax | | $0.00 |
| 11/28/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/28/24 | State Tax | | $14.00 |
| 11/28/24 | Tourism Tax | | $0.00 |
| 11/29/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/29/24 | State Tax | | $14.00 |
| 11/29/24 | Tourism Tax | | $0.00 |
| 11/30/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/30/24 | State Tax | | $14.00 |
| 11/30/24 | Tourism Tax | | $0.00 |
| 12/01/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/01/24 | State Tax | | $14.00 |
| 12/01/24 | Tourism Tax | | $0.00 |
| 12/02/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| | |
|---|---|
| Account: | 940094810 |
| Date: | 11/18/24 |
| Room: | 309    AAP |
| Arrival Date: | 11/18/24 |
| Departure Date: | 11/25/24 |
| Check In | 11/18/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 11/18/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/18/24 | State Tax | | $14.00 |
| 11/18/24 | Tourism Tax | | $0.00 |
| 11/19/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/19/24 | State Tax | | $14.00 |
| 11/19/24 | Tourism Tax | | $0.00 |
| 11/20/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/20/24 | State Tax | | $14.00 |
| 11/20/24 | Tourism Tax | | $0.00 |
| 11/21/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/21/24 | State Tax | | $14.00 |
| 11/21/24 | Tourism Tax | | $0.00 |
| 11/22/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/22/24 | State Tax | | $14.00 |
| 11/22/24 | Tourism Tax | | $0.00 |
| 11/23/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/23/24 | State Tax | | $14.00 |
| 11/23/24 | Tourism Tax | | $0.00 |
| 11/24/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/24/24 | State Tax | | $14.00 |
| 11/24/24 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 11/25/24 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |
| | Direct Bill | ($798.00) |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@staystchoice.com

| | |
|---|---|
| Account: | 940094 |
| Date: | 11/11/24 |
| Room: | 309    MP |
| Arrival Date: | 11/11/24 |
| Departure Date: | 11/18/24 |
| Check In: | 11/11/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 11/11/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/11/24 | State Tax | | $14.00 |
| 11/11/24 | Tourism Tax | | $0.00 |
| 11/12/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/12/24 | State Tax | | $14.00 |
| 11/12/24 | Tourism Tax | | $0.00 |
| 11/13/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/13/24 | State Tax | | $14.00 |
| 11/13/24 | Tourism Tax | | $0.00 |
| 11/14/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/14/24 | State Tax | | $14.00 |
| 11/14/24 | Tourism Tax | | $0.00 |
| 11/15/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/15/24 | State Tax | | $14.00 |
| 11/15/24 | Tourism Tax | | $0.00 |
| 11/16/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/16/24 | State Tax | | $14.00 |
| 11/16/24 | Tourism Tax | | $0.00 |
| 11/17/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/17/24 | State Tax | | $14.00 |
| 11/17/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 11/18/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |

Scanned with
CS CamScanner



Washington Inn (CAH52)
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| | |
|---|---|
| Account | 940094807 |
| Date | 11/11/24 |
| Room | 309 |
| Arrival Date | 11/04/24 |
| Departure Date | 11/11/24 |
| Check In | 11/04/24 |
| Check Out Time | |
| Rewards Program ID | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 11/04/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/04/24 | State Tax | | $14.00 |
| 11/04/24 | Tourism Tax | | $0.00 |
| 11/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/05/24 | State Tax | | $14.00 |
| 11/05/24 | Tourism Tax | | $0.00 |
| 11/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/06/24 | State Tax | | $14.00 |
| 11/06/24 | Tourism Tax | | $0.00 |
| 11/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/07/24 | State Tax | | $14.00 |
| 11/07/24 | Tourism Tax | | $0.00 |
| 11/08/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/08/24 | State Tax | | $14.00 |
| 11/08/24 | Tourism Tax | | $0.00 |
| 11/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/09/24 | State Tax | | $14.00 |
| 11/09/24 | Tourism Tax | | $0.00 |
| 11/10/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/10/24 | State Tax | | $14.00 |
| 11/10/24 | Tourism Tax | | $0.00 |
| 11/11/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094783 |
| Date: | 11/04/24 |
| Room: | 309    N/A |
| Arrival Date: | 10/28/24 |
| Departure Date: | 11/04/24 |
| Check In : | 10/28/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/28/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/28/24 | State Tax | | $14.00 |
| 10/28/24 | Tourism Tax | | $0.00 |
| 10/29/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/29/24 | State Tax | | $14.00 |
| 10/29/24 | Tourism Tax | | $0.00 |
| 10/30/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/30/24 | State Tax | | $14.00 |
| 10/30/24 | Tourism Tax | | $0.00 |
| 10/31/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/31/24 | State Tax | | $14.00 |
| 10/31/24 | Tourism Tax | | $0.00 |
| 11/01/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/01/24 | State Tax | | $14.00 |
| 11/01/24 | Tourism Tax | | $0.00 |
| 11/02/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/02/24 | State Tax | | $14.00 |
| 11/02/24 | Tourism Tax | | $0.00 |
| 11/03/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 11/03/24 | State Tax | | $14.00 |
| 11/03/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 11/04/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094751 |
| Date: | 10/28/24 |
| Room: | 309  BAR |
| Arrival Date: | 10/21/24 |
| Departure Date: | 10/28/24 |
| Check In : | 10/21/24 |
| Check Out Time: Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/21/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/21/24 | State Tax | | $14.00 |
| 10/21/24 | Tourism Tax | | $0.00 |
| 10/22/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/22/24 | State Tax | | $14.00 |
| 10/22/24 | Tourism Tax | | $0.00 |
| 10/23/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/23/24 | State Tax | | $14.00 |
| 10/23/24 | Tourism Tax | | $0.00 |
| 10/24/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/24/24 | State Tax | | $14.00 |
| 10/24/24 | Tourism Tax | | $0.00 |
| 10/25/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/25/24 | State Tax | | $14.00 |
| 10/25/24 | Tourism Tax | | $0.00 |
| 10/26/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/26/24 | State Tax | | $14.00 |
| 10/26/24 | Tourism Tax | | $0.00 |
| 10/27/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/27/24 | State Tax | | $14.00 |
| 10/27/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 10/28/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |

Scanned with
CamScanner



Washington Inn (CAH52)
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094722 |
| Date | 10/21/24 |
| Room: | 309   RAA |
| Arrival Date: | 10/14/24 |
| Departure Date: | 10/21/24 |
| Check In : | 10/14/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/14/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/14/24 | State Tax | | $14.00 |
| 10/14/24 | Tourism Tax | | $0.00 |
| 10/15/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/15/24 | State Tax | | $14.00 |
| 10/15/24 | Tourism Tax | | $0.00 |
| 10/16/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/16/24 | State Tax | | $14.00 |
| 10/16/24 | Tourism Tax | | $0.00 |
| 10/17/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/17/24 | State Tax | | $14.00 |
| 10/17/24 | Tourism Tax | | $0.00 |
| 10/18/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/18/24 | State Tax | | $14.00 |
| 10/18/24 | Tourism Tax | | $0.00 |
| 10/19/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/19/24 | State Tax | | $14.00 |
| 10/19/24 | Tourism Tax | | $0.00 |
| 10/20/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/20/24 | State Tax | | $14.00 |
| 10/20/24 | Tourism Tax | | $0.00 |
| 10/21/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 94009469 |
| Date: | 10/14/24 |
| Room: | 309  MA |
| Arrival Date: | 10/07/24 |
| Departure Date: | 10/14/24 |
| Check In : | 10/07/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/07/24 | State Tax | | $14.00 |
| 10/07/24 | Tourism Tax | | $0.00 |
| 10/08/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/08/24 | State Tax | | $14.00 |
| 10/08/24 | Tourism Tax | | $0.00 |
| 10/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/09/24 | State Tax | | $14.00 |
| 10/09/24 | Tourism Tax | | $0.00 |
| 10/10/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/10/24 | State Tax | | $14.00 |
| 10/10/24 | Tourism Tax | | $0.00 |
| 10/11/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/11/24 | State Tax | | $14.00 |
| 10/11/24 | Tourism Tax | | $0.00 |
| 10/12/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/12/24 | State Tax | | $14.00 |
| 10/12/24 | Tourism Tax | | $0.00 |
| 10/13/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/13/24 | State Tax | | $14.00 |
| 10/13/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 10/14/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | T    T | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| | |
|---|---|
| Account: | 940094677 |
| Date: | 10/07/24 |
| Room: | 309  NR |
| Arrival Date: | 9/30/24 |
| Departure Date: | 10/07/24 |
| Check In : | 9/30/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 9/30/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/30/24 | State Tax | | $14.00 |
| 9/30/24 | Tourism Tax | | $0.00 |
| 10/01/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/01/24 | State Tax | | $14.00 |
| 10/01/24 | Tourism Tax | | $0.00 |
| 10/02/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/02/24 | State Tax | | $14.00 |
| 10/02/24 | Tourism Tax | | $0.00 |
| 10/03/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/03/24 | State Tax | | $14.00 |
| 10/03/24 | Tourism Tax | | $0.00 |
| 10/04/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/04/24 | State Tax | | $14.00 |
| 10/04/24 | Tourism Tax | | $0.00 |
| 10/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/05/24 | State Tax | | $14.00 |
| 10/05/24 | Tourism Tax | | $0.00 |
| 10/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 10/06/24 | State Tax | | $14.00 |
| 10/06/24 | Tourism Tax | | $0.00 |

| 10/07/24 | Direct Bill | | ($798.00) |
|---|---|---|---|
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | T    T. | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| | |
|---|---|
| Account: | 940094651 |
| Date | 9/30/24 |
| Room: | 309    AM |
| Arrival Date | 9/23/24 |
| Departure Date | 9/30/24 |
| Check In : | 9/23/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 9/23/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/23/24 | State Tax | | $14.00 |
| 9/23/24 | Tourism Tax | | $0.00 |
| 9/24/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/24/24 | State Tax | | $14.00 |
| 9/24/24 | Tourism Tax | | $0.00 |
| 9/25/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/25/24 | State Tax | | $14.00 |
| 9/25/24 | Tourism Tax | | $0.00 |
| 9/26/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/26/24 | State Tax | | $14.00 |
| 9/26/24 | Tourism Tax | | $0.00 |
| 9/27/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/27/24 | State Tax | | $14.00 |
| 9/27/24 | Tourism Tax | | $0.00 |
| 9/28/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/28/24 | State Tax | | $14.00 |
| 9/28/24 | Tourism Tax | | $0.00 |
| 9/29/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/29/24 | State Tax | | $14.00 |
| 9/29/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 9/30/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | T    '    T | | $0.00 |

Scanned with CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094617 |
| Date: | 9/23/24 |
| Room: | 309  NA |
| Arrival Date: | 9/16/24 |
| Departure Date: | 9/23/24 |
| Check In : | 9/16/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 9/16/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/16/24 | State Tax | | $14.00 |
| 9/16/24 | Tourism Tax | | $0.00 |
| 9/17/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/17/24 | State Tax | | $14.00 |
| 9/17/24 | Tourism Tax | | $0.00 |
| 9/18/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/18/24 | State Tax | | $14.00 |
| 9/18/24 | Tourism Tax | | $0.00 |
| 9/19/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/19/24 | State Tax | | $14.00 |
| 9/19/24 | Tourism Tax | | $0.00 |
| 9/20/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/20/24 | State Tax | | $14.00 |
| 9/20/24 | Tourism Tax | | $0.00 |
| 9/21/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/21/24 | State Tax | | $14.00 |
| 9/21/24 | Tourism Tax | | $0.00 |
| 9/22/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/22/24 | State Tax | | $14.00 |
| 9/22/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 9/23/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |

Scanned with
CS CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| | |
|---|---|
| Account: | 94009457A |
| Date: | 9/16/24 |
| Room: | 309  NP |
| Arrival Date: | 9/09/24 |
| Departure Date: | 9/16/24 |
| Check In : | 9/09/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 9/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/09/24 | State Tax | | $14.00 |
| 9/09/24 | Tourism Tax | | $0.00 |
| 9/10/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/10/24 | State Tax | | $14.00 |
| 9/10/24 | Tourism Tax | | $0.00 |
| 9/11/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/11/24 | State Tax | | $14.00 |
| 9/11/24 | Tourism Tax | | $0.00 |
| 9/12/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/12/24 | State Tax | | $14.00 |
| 9/12/24 | Tourism Tax | | $0.00 |
| 9/13/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/13/24 | State Tax | | $14.00 |
| 9/13/24 | Tourism Tax | | $0.00 |
| 9/14/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/14/24 | State Tax | | $14.00 |
| 9/14/24 | Tourism Tax | | $0.00 |
| 9/15/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/15/24 | State Tax | | $14.00 |
| 9/15/24 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 9/16/24 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | T   I   T | $0.00 |



**Washington Inn (CAH52)**
495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094- |
| Date: | 9/09/24 |
| Room: | 309 |
| Arrival Date: | 9/02/24 |
| Departure Date: | 9/09/24 |
| Check In: | 9/02/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| Total Balance Due: | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 9/02/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/02/24 | State Tax | | $14.00 |
| 9/02/24 | Tourism Tax | | $0.00 |
| 9/03/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/03/24 | State Tax | | $14.00 |
| 9/03/24 | Tourism Tax | | $0.00 |
| 9/04/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/04/24 | State Tax | | $14.00 |
| 9/04/24 | Tourism Tax | | $0.00 |
| 9/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/05/24 | State Tax | | $14.00 |
| 9/05/24 | Tourism Tax | | $0.00 |
| 9/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/06/24 | State Tax | | $14.00 |
| 9/06/24 | Tourism Tax | | $0.00 |
| 9/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/07/24 | State Tax | | $14.00 |
| 9/07/24 | Tourism Tax | | $0.00 |
| 9/08/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/08/24 | State Tax | | $14.00 |
| 9/08/24 | Tourism Tax | | $0.00 |
| 9/09/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | | | $0.00 |



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account | 940094 |
| Date | 9/02/24 |
| Room | 309 |
| Arrival Date | 8/26/24 |
| Departure Date | 9/02/24 |
| Check In | 8/26/24 |
| Check Out Time | |
| Rewards Program ID | gm |
| You were checked in by | gm |
| You were checked out by | $0.00 |
| **Total Balance Due:** | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 8/26/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/26/24 | State Tax | | $14.00 |
| 8/26/24 | Tourism Tax | | $0.00 |
| 8/27/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/27/24 | State Tax | | $14.00 |
| 8/27/24 | Tourism Tax | | $0.00 |
| 8/28/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/28/24 | State Tax | | $14.00 |
| 8/28/24 | Tourism Tax | | $0.00 |
| 8/29/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/29/24 | State Tax | | $14.00 |
| 8/29/24 | Tourism Tax | | $0.00 |
| 8/30/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/30/24 | State Tax | | $14.00 |
| 8/30/24 | Tourism Tax | | $0.00 |
| 8/31/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/31/24 | State Tax | | $14.00 |
| 8/31/24 | Tourism Tax | | $0.00 |
| 9/01/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 9/01/24 | State Tax | | $14.00 |
| 9/01/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 9/02/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | T     T | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 940094411 |
| Date: | 8/26/24 |
| Room: | 309    NP |
| Arrival Date: | 8/19/24 |
| Departure Date: | 8/26/24 |
| Check In : | 8/19/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 8/19/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/19/24 | State Tax | | $14.00 |
| 8/19/24 | Tourism Tax | | $0.00 |
| 8/20/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/20/24 | State Tax | | $14.00 |
| 8/20/24 | Tourism Tax | | $0.00 |
| 8/21/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/21/24 | State Tax | | $14.00 |
| 8/21/24 | Tourism Tax | | $0.00 |
| 8/22/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/22/24 | State Tax | | $14.00 |
| 8/22/24 | Tourism Tax | | $0.00 |
| 8/23/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/23/24 | State Tax | | $14.00 |
| 8/23/24 | Tourism Tax | | $0.00 |
| 8/24/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/24/24 | State Tax | | $14.00 |
| 8/24/24 | Tourism Tax | | $0.00 |
| 8/25/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/25/24 | State Tax | | $14.00 |
| 8/25/24 | Tourism Tax | | $0.00 |

| | | |
|---|---|---|
| 8/26/24 | Direct Bill | ($798.00) |
| | Room Charge | $700.00 |
| | State Tax | $98.00 |
| | Tourism Tax | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 9400942?? |
| Date: | 8/19/24 |
| Room: | 309   AAP |
| Arrival Date: | 8/12/24 |
| Departure Date: | 8/19/24 |
| Check In Time: | 8/12/24 |
| Check Out Time: | |
| Rewards Program ID: | grn |
| You were checked in by: | grn |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 8/12/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/12/24 | State Tax | | $14.00 |
| 8/12/24 | Tourism Tax | | $0.00 |
| 8/13/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/13/24 | State Tax | | $14.00 |
| 8/13/24 | Tourism Tax | | $0.00 |
| 8/14/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/14/24 | State Tax | | $14.00 |
| 8/14/24 | Tourism Tax | | $0.00 |
| 8/15/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/15/24 | State Tax | | $14.00 |
| 8/15/24 | Tourism Tax | | $0.00 |
| 8/16/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/16/24 | State Tax | | $14.00 |
| 8/16/24 | Tourism Tax | | $0.00 |
| 8/17/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/17/24 | State Tax | | $14.00 |
| 8/17/24 | Tourism Tax | | $0.00 |
| 8/18/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/18/24 | State Tax | | $14.00 |
| 8/18/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 8/19/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | T        T | | $0.00 |

Scanned with
CamScanner



**Washington Inn (CAH52)**

495 10th Street

Oakland, CA 94607

(510) 452-1776

CAH52@stayachoice.com

Insight Housing

Goyens, Chaledeeannk

1234

Oakland, CA 94607

| | |
|---|---|
| Account: | 9466-1000 |
| Date: | 8/15/24 |
| Room: | 309 |
| Arrival Date: | 8/05/24 |
| Departure Date: | 8/12/24 |
| Check In Time: | 8/05/24 |
| Check Out Time | |
| Rewards Program ID: | grn |
| You were checked in by: | grn |
| You were checked out by: | grn |
| **Total Balance Due:** | **$0.00** |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 8/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/05/24 | State Tax | | $14.00 |
| 8/05/24 | Tourism Tax | | $0.00 |
| 8/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/06/24 | State Tax | | $14.00 |
| 8/06/24 | Tourism Tax | | $0.00 |
| 8/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/07/24 | State Tax | | $14.00 |
| 8/07/24 | Tourism Tax | | $0.00 |
| 8/08/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/08/24 | State Tax | | $14.00 |
| 8/08/24 | Tourism Tax | | $0.00 |
| 8/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/09/24 | State Tax | | $14.00 |
| 8/09/24 | Tourism Tax | | $0.00 |
| 8/10/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/10/24 | State Tax | | $14.00 |
| 8/10/24 | Tourism Tax | | $0.00 |
| 8/11/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 8/11/24 | State Tax | | $14.00 |
| 8/11/24 | Tourism Tax | | $0.00 |

| | | | |
|---|---|---|---|
| 8/12/24 | Direct Bill | | ($798.00) |
| | Room Charge | | $700.00 |
| | State Tax | | $98.00 |
| | Tourism Tax | | $0.00 |
| | Direct Bill | | ($798.00) |


Scanned with
CamScanner

Hayward Hall of Justice
24405 Amador Street, Hayward, CA 94544

CASE NUMBER: 24CV102467
Date Filed: 12/10/2024

## NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda
**12/10/2024**
Chad Finke, Executive Officer / Clerk of the Court

By: _Abigail Castaneda_ Deputy
A. Castaneda

ALL OCCUPANTS

495 10TH STREET. RM 309
OAKLAND, CA 94607

### KESHAVA LLC vs GOYENS

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,

2) An attorney for one of the parties,

3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association      (510) 302-2222
- Bay Area Legal Aid                  (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza             (510) 437-1554
- East Bay Community Law Center       (510) 548-4040
- Eviction Defense Center             (510) 452-4541

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in _Hayward_, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 12/10/2024                By:        _Abigail Castaneda_

A. Castaneda, Deputy Clerk

ACSC (Rev. 04/22)        **NOTICE OF UNLAWFUL DETAINER (EVICTION)**        Code Civ. Proc.
§§ 1161.2, 1161.2(c)

Hayward Hall of Justice
24405 Amador Street, Hayward, CA 94544

CASE NUMBER: 24CV102467
Date Filed: 12/10/2024

## NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda

12/10/2024

Chad Finke , Executive Officer / Clerk of the Court

By: _Abigail Castaneda_ Deputy
A. Castaneda

CHALEDEEANNK GOYENS

495 10TH STREET. RM 309
OAKLAND, CA 94607

### KESHAVA LLC vs GOYENS

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,

2) An attorney for one of the parties,

3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association     (510) 302-2222
- Bay Area Legal Aid                 (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza            (510) 437-1554
- East Bay Community Law Center      (510) 548-4040
- Eviction Defense Center            (510) 452-4541

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in _Hayward_, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: _12/10/2024_        By:        _Abigail Castaneda_

A. Castaneda, Deputy Clerk

ACSC (Rev. 04/22)        **NOTICE OF UNLAWFUL DETAINER (EVICTION)**        Code Civ. Proc.
§§ 1161.2, 1161.2(c)



The
CONGRESS
of Neutrals

Para: Litigantes por retención ilegal y desalojo en el Condado de Alameda

De: El Congreso de los Neutrales

Asunto: Servicios de Mediación

### ¿Alguien está intentando desalojarlo de su casa o ha presentado una demanda de desalojo contra un inquilino?

¿Ha presentado una queja por retención ilegal o desalojo contra un inquilino, o le ha entregado una queja por retención ilegal o desalojo de su arrendador?

¿Tiene problemas entre propietario/inquilino, pero aún no ha presentado una queja ante el tribunal o no ha recibido una queja del tribunal/propietario, pero se pregunta si hay una manera de resolver el conflicto?

¿Le entregó (propietario) o le entregaron (inquilino) un aviso de 3 días para pagar o desalojar (abandonar la casa) o incluso un aviso de tres días para subsanar (una posible violación del contrato de arrendamiento que podría causar que el propietario le desaloje)?

*¿Quiere intentar resolver el conflicto antes de presentar una acción judicial adicional (es decir, una citación y una demanda)?*

**¡Podemos ayudar! Estamos trabajando con el Tribunal Superior del Condado de Alameda para ofrecer servicios GRATUITOS de mediación en resolución de conflictos para su conflicto relacionado con la vivienda.**

Tenga en cuenta que, para recibir servicios gratuitos, una de las partes deberá cumplir con la categoría de ingresos del 200 % o menos del umbral federal de pobreza (por ejemplo, 1 persona: $29 660 y 4 personas: $60 000). Llame para más detalles.

Como: Póngase en contacto con Barbara L. por correo electrónico a barbaral@congressofneutrals.org o por teléfono al (925) 269-9805.

Cuando: Lo antes posible; su fecha de audiencia puede estar muy próxima.

Donde: por Zoom y/o por teléfono. Si de ninguna manera puede utilizar la mediación por Zoom o por teléfono, organizaremos una sesión de mediación en persona.



The
**CONGRESS**
of Neutrals

To: Unlawful Detainer and Eviction Litigants in Alameda County
From: The Congress of Neutrals
Re: FREE Mediation Services

Is someone trying to evict you from your home, or have you filed an eviction against a tenant?

Have you filed an unlawful detainer or eviction complaint against a tenant, or have you been served an unlawful detainer/eviction complaint from your landlord?

Do you have landlord/tenant issues but have not yet filed a complaint with the court or received a complaint from the court/landlord but are wondering if there is a way to resolve the conflict?

Did you serve (landlord) or were you served (tenant) a 3-day notice to pay or quit (leave the home) or even a three-day notice to cure (a potential violation of the lease that could end up in the landlord evicting you)?

**Do you want to try to resolve the conflict before filing further court action (i.e., a summons and complaint)?**

**We can help!  We are working with the Alameda County Superior Court to offer <ins>FREE</ins> conflict resolution mediation services for your housing related conflict.**

Please note that for free services, one of the parties will need to meet the income category of 200% or less of the Federal Poverty Threshold. (e.g. 1 person -$29,660 and 4 persons $60,000) Call for more detail.

How:  Contact Barbara L. at barbaral@congressofneutrals.org or (925)269-9805.

When:  As soon as possible- your court date may be very soon.

Where: by Zoom and/or by phone.  If you cannot by any means utilize mediation by zoom or phone, we will arrange an in-person mediation session.

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 239567 | FOR COURT USE ONLY |
|---|---|---|

NAME: Carson C. Newton

FIRM NAME: c/o OSDP

STREET ADDRESS: 931 10th Street, Ste. 763

CITY: Modesto   STATE: CA   ZIP CODE: 95354

TELEPHONE NO.: (800) 380-4403   FAX NO.:

EMAIL ADDRESS:

ATTORNEY FOR (name): Keshava LLC d/b/a The Washington Inn

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

STREET ADDRESS: 1225 Fallon Street, Oakland, CA 94601

MAILING ADDRESS: Hayward Hall of Justice, 24405 Amador Street, Hayward, CA 94544

CITY AND ZIP CODE: Oakland   94601

BRANCH NAME: René C. Davidson Courthouse-Civil Div.

PLAINTIFF: Keshava LLC d/b/a The Washington Inn

DEFENDANT: Chaledeeannk Goyens and DOES 1 TO 10 INCLUSIVE

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
12/10/2024
Chad Finke, Executive Officer / Clerk of the Court
By: A. Castaneda   Deputy

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: 24CV102467 |
|---|---|

All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).
• Serve this form and any attachments to it with the summons.
• If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.
• If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.

To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.

1. PLAINTIFF (name each):

   Keshava LLC d/b/a The Washington Inn

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):

   Chaledeeannk Goyens

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))

   a. This action seeks possession of real property that is (check all that apply) [✓] residential   [ ] commercial.
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)

   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [✓] Yes   [ ] No

3. [✓] **Statements regarding rental assistance** (Required in all actions based on nonpayment of rent or any other financial obligation). Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [✓] No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing after the date of the notice underlying the complaint? [ ] Yes   [✓] No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [✓] No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint? [ ] Yes   [✓] No

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. January 1, 2024]

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(e)
www.courts.ca.gov

**UD-101**

| PLAINTIFF: Keshava LLC d/b/a The Washington Inn | CASE NUMBER: |
|---|---|
| DEFENDANT: Chaledeeannk Goyens and DOES 1 TO 10 INCLUSIVE | 24CV102467 |

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ *Other allegations are on form MC-025.*

5. ☑ Number of pages attached *(specify):* 1

Date: 12/5/2024

Carson C. Newton                                          ▶ /S/ Carson C. Newton

(TYPE OR PRINT NAME)                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/5/2024

SEE ATTACHED VERIFICATION                          ▶

(TYPE OR PRINT NAME)                                  (SIGNATURE)

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

| Short Title of Case Keshava LLC v. Chaledeeannk Goyens | Case Number |
|---|---|

**VERIFICATION    (INDIVIDUAL)**

In the above entitled action, I am the ☒ Managing Member of Plaintiff a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

I have read and know the contents of the foregoing

☐ Complaint/Petition          ☐ Cross complaint

☐ Answer/Response          ☒ Other  UD-101

The matters stated in the foregoing document are true of my own knowledge, except as to the matters that are stated on my information or belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (date):  December 5, 2024

at (City):  Oakland, California        .

Paresh Patel                                              *Paresh Patel*

Type or print name                                         Signature

**VERIFICATION    (INDIVIDUAL)**

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ALAMEDA

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Hayward Hall of Justice
24405 Amador Street, Hayward, CA 94544

PLAINTIFF/PETITIONER:
KESHAVA LLC

DEFENDANT/RESPONDENT:
CHALEDEEANNK GOYENS et al

**FILED**
Superior Court of California
County of Alameda

01/06/2025

Chad Finke , Executive Officer / Clerk of the Court

By: _Abigail Castaneda_  Deputy
A. Castaneda

## NOTICE OF UNLAWFUL DETAINER TRIAL

CASE NUMBER:
24CV102467

**TO ALL PARTIES:**

**You are hereby notified that the above-entitled matter has been set for:**

Pre-Trial Settlement Conference - Scheduled

Date: 02/05/2025      Time: 9:00 AM  Dept: 511
Location:   Hayward Hall of Justice
            24405 Amador Street, Hayward, CA 94544

Master Jury Trial (UD) - Scheduled

Date: 02/10/2025      Time: 9:30 AM  Dept: 511
Location:   Hayward Hall of Justice
            24405 Amador Street, Hayward, CA 94544

Chad Finke, Executive Officer / Clerk of the Court

Dated: 01/06/2025

By:  A. Castaneda
     Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Hayward Hall of Justice Department 511
### CASE REGISTER
#### 24CV102467 KESHAVA LLC vs GOYENS

| Date | Action | Page Count |
|------|--------|-----------|
| 12/10/2024 | Complaint<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 23 |
| 12/10/2024 | Summons on Complaint<br>Issued and Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 2 |
| 12/10/2024 | UD-101 - Plaintiff's Mandatory Cover Sheet and Supplemental Allegations - Unlawful Detainer<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 3 |
| 12/10/2024 | Civil Case Cover Sheet<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 2 |
| 12/10/2024 | Notice of Unlawful Detainer mailed 12/10/2024 | |
| 12/10/2024 | Case assigned to Hon. Chad Stegeman in Department 511 Hayward Hall of Justice | |
| 12/16/2024 | Prejudgment Claim of Right to Possession<br>Filed by: Robert Eberwein (Defendant) | 2 |
| 12/16/2024 | Order on Court Fee Waiver (Superior Court)<br>Filed by: Clerk<br>As to: Robert Eberwein (Defendant) | 3 |
| 12/17/2024 | Proof of Personal Service<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant)<br>Service Cost Waived: No<br>Service Cost: 85.00<br>Service Date: 12/14/2024 | 2 |
| 12/17/2024 | Proof of Service by Substituted Service | 3 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**Hayward Hall of Justice Department 511**
**CASE REGISTER**
**24CV102467 KESHAVA LLC vs GOYENS**

| Date | Action | Page Count |
|---|---|---|
| | As to: Unnamed Occupants<br>Service Cost Waived: No<br>Service Cost: 85.00<br>Proof of Mailing Date: 12/16/2024 | |
| 12/23/2024 | Request for Entry of Default / Judgment<br>Received from: KESHAVA LLC (Plaintiff) | 4 |
| 12/23/2024 | Request for Entry of Default / Judgment<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 4 |
| 12/23/2024 | Proof of Service by Mail<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant) | 2 |
| 12/23/2024 | Declaration VERIFICATION BY LANDLORD REGARDING RENTAL<br>ASSISTANCE-UNLAWFUL DETAINER<br>Filed by: KESHAVA LLC (Plaintiff) | 1 |
| 12/23/2024 | Request/Counter-Request To Set Case For Trial<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: Robert Eberwein (Defendant) | 2 |
| 01/02/2025 | Notice of Rejection - Miscellaneous<br>Filed by: Clerk | 2 |
| 01/02/2025 | Updated -- Notice of Rejection - Request to Set Case for<br>Trial:<br>Exact Name: Notice of Rejection - Request to Set Case for<br>Trial | 2 |
| 01/02/2025 | Default entered as to CHALEDEEANNK GOYENS<br>On the Complaint filed by KESHAVA LLC on 12/10/2024 | |
| 01/03/2025 | Default entered as to unnamed occupants pursuant to CCP<br>415.46<br>On the Complaint filed by KESHAVA LLC on 12/10/2024 | |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

## Hayward Hall of Justice Department 511

### CASE REGISTER

#### 24CV102467 KESHAVA LLC vs GOYENS

| Date | Action | Page Count |
|---|---|---|
| 01/03/2025 | Request for Entry of Default / Judgment<br>Received from: KESHAVA LLC (Plaintiff) | 4 |
| 01/03/2025 | Request for Entry of Default / Judgment<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: Unnamed Occupants | 4 |
| 01/03/2025 | Request/Counter-Request To Set Case For Trial<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: Robert Eberwein (Defendant) | 2 |
| 01/03/2025 | Notice of Rejection - Miscellaneous<br>Filed by: Clerk | 2 |
| 01/03/2025 | Updated -- Notice of Rejection - Request to Set Case for Trial:<br>Exact Name: Notice of Rejection - Request to Set Case for Trial | 2 |
| 01/06/2025 | Request for Entry of Default / Judgment<br>Received from: KESHAVA LLC (Plaintiff) | 4 |
| 01/06/2025 | Request for Entry of Default / Judgment<br>Filed by: KESHAVA LLC (Plaintiff) | 4 |
| 01/06/2025 | Declaration VERIFICATION BY LANDLORD REGARDING RENTAL ASSISTANCE-UNLAWFUL DETAINER<br>Filed by: KESHAVA LLC (Plaintiff) | 1 |
| 01/06/2025 | Judgment - Unlawful Detainer<br>Received from: KESHAVA LLC (Plaintiff) | 2 |
| 06/2025 | Proof of Service by Mail<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: CHALEDEEANNK GOYENS (Defendant); Robert Eberwein (Defendant) | 2 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

**Hayward Hall of Justice Department 511**

**CASE REGISTER**

**24CV102467 KESHAVA LLC vs GOYENS**

| Date | Action | Page Count |
|------|--------|-----------:|
| 01/06/2025 | Request/Counter-Request To Set Case For Trial<br>Filed by: Robert Eberwein (Defendant) | 2 |
| 01/06/2025 | Answer<br>Filed by: Robert Eberwein (Defendant) | 41 |
| 01/06/2025 | Notice of Unlawful Detainer Trial<br>Filed by: Clerk | 4 |
| 01/06/2025 | Master Jury Trial (UD) scheduled for<br>02/10/2025 at 09:30 AM in Hayward Hall of Justice at<br>Department 511 | 4 |
| 01/06/2025 | Pre-Trial Settlement Conference scheduled for<br>02/05/2025 at 09:00 AM in Hayward Hall of Justice at<br>Department 511 | 1 |
| 01/07/2025 | Request/Counter-Request To Set Case For Trial<br>Filed by: KESHAVA LLC (Plaintiff)<br>As to: Robert Eberwein (Defendant) | 2 |
| 02/04/2025 | Substitution of Attorney<br>Filed by: KESHAVA LLC (Plaintiff) | 2 |
| 02/04/2025 | Case Management Statement<br>Filed by: Robert Eberwein (Defendant) | 26 |
| 02/05/2025 | Minute Order  (Pre-Trial Settlement Conference) | 1 |
| 02/05/2025 | Order re: Pre-Trial Settlement Conference<br>Signed and Filed by: Court | 1 |
| 02/05/2025 | Pre-Trial Settlement Conference scheduled for 02/05/2025 at<br>09:00 AM in Hayward Hall of Justice at Department 511<br>updated:<br>Result Date to 02/05/2025<br>Result Type to Held | 1 |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
### Hayward Hall of Justice Department 511
### CASE REGISTER
### 24CV102467 KESHAVA LLC vs GOYENS

| L_ce | Action | Page Count |
|------|--------|-----------|
| 02/07/2025 | Hearing on Motion - Other emergency motion nun pro unc 3 38 cfr g., false claim scheduled for 03/11/2025 at 09:00 AM in Hayward Hall of Justice at Department 511 | |
| 02/07/2025 | emergency motion nun pro unc 3 38 cfr g., false claim Filed by: Robert Eberwein (Defendant) As to: KESHAVA LLC (Plaintiff) | 2 |
| 02/07/2025 | Updated -- Motion re: emergency motion nun pro unc 3 38 cfr g., false claim: Name Extension: emergency motion nun pro unc 3 38 cfr g., false claim Exact Name: blank | 2 |
| 02/10/2025 | Master Jury Trial (UD) scheduled for 02/10/2025 at 11:00 AM in Hayward Hall of Justice at Department 521 | |
| 02/10/2025 | Jury Instructions Filed by: | 33 |
| 02/10/2025 | Updated -- Jury Instructions: As To Parties: Robert Eberwein (Defendant) | 33 |
| 02/10/2025 | Jury Instructions Filed by: KESHAVA LLC (Plaintiff) | 33 |
| 02/10/2025 | Witness List Filed by: KESHAVA LLC (Plaintiff) | 2 |
| 02/10/2025 | Statement of the Case Filed by: KESHAVA LLC (Plaintiff) | 2 |
| 02/10/2025 | Exhibit List Filed by: KESHAVA LLC (Plaintiff) | 2 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
Hayward Hall of Justice Department 511
CASE REGISTER
24CV102467 KESHAVA LLC vs GOYENS

| Date | Action | Page Count |
|------|--------|-----------|
| 02/10/2025 | Trial Brief<br>Filed by: KESHAVA LLC (Plaintiff) | 6 |
| 02/10/2025 | Trial Brief of Plaintiff Keshava, LLC dba the Washington Inn<br>Filed by: Robert Eberwein (Defendant) | 6 |
| 02/10/2025 | Updated -- Subtenant Robert Eberwein's Trial Brief of<br>Plaintiff Keshava, LLC dba the Washington Inn:<br>Name Extension: blank<br>Exact Name: Subtenant Robert Eberwein's Trial Brief of<br>Plaintiff Keshava, LLC dba the Washington Inn | 6 |
| 02/10/2025 | Updated -- Subtenant Robert Eberwein's Plaintiff Keshava, LLC<br>dba The Washington Inn's Exhibit List:<br>Exact Name changed from Plaintiff Keshava, LLC dba The<br>Washington Inn's Exhibit List to Subtenant Robert Eberwein's<br>Plaintiff Keshava, LLC dba The Washington Inn's Exhibit List | 2 |
| 02/10/2025 | Plaintiff Keshava, LLC dba The Washington Inn's Exhibit List<br>Filed by: Robert Eberwein (Defendant) | 2 |
| 02/10/2025 | Plaintiff Keshava, LLC dba the Washington Inn's Witness List<br>Filed by: Robert Eberwein (Defendant) | 2 |
| 02/10/2025 | Updated -- Subtenant Robert Eberwein- Plaintiff Keshava, LLC<br>dba the Washington Inn's Witness List:<br>Exact Name changed from Plaintiff Keshava, LLC dba the<br>Washington Inn's Witness List to Subtenant Robert Eberwein-<br>Plaintiff Keshava, LLC dba the Washington Inn's Witness List | 2 |
| 02/10/2025 | Order Subtenant Robert Eberwein: Plaintiff Keshava, LLC dva<br>The Washington Inn's Proposed Verdict Form<br>Received from: Robert Eberwein (Defendant) | 2 |
| 02/10/2025 | Challenge To Judicial Officer - Peremptory (170.6)<br>Filed by: Robert Eberwein (Defendant)<br>Judge Name: 1158311 | 7 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**Hayward Hall of Justice Department 511**
**CASE REGISTER**
**24CV102467 KESHAVA LLC vs GOYENS**

| Date | Action | Page Count |
|------|--------|-----------|
| 02/10/2025 | Minute Order  (Master Jury Trial (UD)) | 2 |
| 02/10/2025 | Order re: Master Jury Trial (UD)<br>Signed and Filed by: Court | 2 |
| 02/10/2025 | Master Jury Trial (UD) scheduled for 02/10/2025 at 09:30 AM<br>in Hayward Hall of Justice at Department 511 updated:<br>Result Date to 02/10/2025<br>Result Type to Held | 4 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:

ROBERT DANIEL EBERWEIN and                          Chapter 11
CHALEDEEANNKA DEBORAH ANN
WILLIAMS GOYENS-BELL EBERWEIN,                      Case No. 12-11580 (SHL)

                        Debtors.
----------------------------------------------------------------x

TRACY HOPE DAVIS, as                                Adv. Pro. No. 12-01901 (SHL)
UNITED STATES TRUSTEE FOR REGION 2,

                                                    **DEFAULT JUDGMENT**
vs.                                                 **AND SUMMARY JUDGMENT**
                                                    <u>**GRANTING INJUNCTIVE RELIEF**</u>

CHALEDEEANNKA DEBORAH ANN
        WILLIAMS GOYENS-BELL EBERWEIN,
dba CHALEDEEANNKA DOCUMENT
        PREPARER GOYENS-BELL,
aka ALICE WINBORN
aka ALICE E. WINBORN,
aka ALICE ELIZABETH WINBORN,
aka ARTIS BELL,
aka ARTIS C. BELL,
aka BARBARA WOODS,
aka BLACK BAY,
aka C.D.P.G.,
aka C.D.P. GOYENS,
aka CHALEDEEANNKA D GOYENS,
aka CHALEDEEANNKA D.A GOYENS,
aka CHALEDEEANNKA DA GOYENS,
aka CHALEDEEANNKA DEBORAH ANN
        GOYENS,
aka CHALEDEEANNKA DEBORAH ANN
        GOYENS-BELL,
aka CHALEDEEANNKA DEBORAH ANN
        GOYENS-BELL (WILLIAMS),
aka CHALEDEEANNKA DEBORAH GOYENS,

(caption continues on next page)

aka CHALEDEEANNKA DOC PR GOYENS,
aka CHALEDEEANNKA DOC PRPR,
aka CHALEDEEANNKA DOCUMENT
     PREPARER GOYENS,
aka CHALEDEEANNKA GOYENS,
aka DEBORAH A. WILLIAMS,
aka DEBORAH ANN WILLIAMS,
aka DEE ANN GOYENS,
aka DEE ANN WILLIAMS-GOYENS,
aka FRED GOVENS,
aka FREDDIE GOYENS,
aka FREDDIE GOYENS, JR.,
aka GARLAND TYLER,
aka LIONS JUDAH SPIRITUAL WARFARE
     TRAINING MINISTRY,
aka O'LEVIA DE'AGAPE-D GOYENS,
aka O'LEVIA DE'-AGAGE-D'GOYENS,
aka O'LEVIA DEL-AGAPE GOYENS,
aka OLEVIA GOYENS,
aka ROBERT DANIEL EBERWEIN,
aka MICHELLE O'CONNOR,
aka PAUL CHRISTENSEN,
aka LISA SWAIN-MORRIS,
aka TRUSTOR FOR LEHMAN BROTHERS
     HOLDINGS,
aka PROPERTY ASSET MANAGERS,
aka 3109 KING ST. PROPERTY MGMT.,
aka C D A W G-B EBERWEIN ST.
     PROPERTY MANAGEMENT,
dba. VACA CITY TOW.

and

FEDELINA ROYBAL-ROYBAL DE AGUERO, and
FEDELINA ROYBAL DE-AGUERO 2008 TRUST,

               Defendants.

----------------------------------------------------------------x

## DEFAULT JUDGMENT and SUMMARY JUDGMENT
## GRANTING INJUNCTIVE RELIEF

On April 24, 2013, this Court held a hearing (the "Hearing") on the motion of Tracy Hope

Davis, the United States Trustee for Region 2 (the "United States Trustee"), as plaintiff in the

adversary proceeding captioned above (the "Adversary Proceeding"), for the entry of a default

judgment, and in the alternative, for summary judgment (the "Motion"). A.P. Docket No. 12. The

United States Trustee appeared at the Hearing through her counsel, Andrew D. Velez-Rivera, Esq.

The Court, having considered the United States Trustee's Complaint for Injunctive Relief (the

"Complaint"), the Motion, each of their supporting documents, and the record of this Adversary

Proceeding and underlying case, and having heard the statements and representations made at the

Hearing, hereby makes the following findings:

1.      As set forth in the Complaint, for a period of 21 years, between 1991 and the present,

in five different Judicial Districts nation-wide, and using one or more aliases, Chaledeeannka

Deborah Ann Williams Goyens-Bell Eberwein ("Defendant Goyens") has filed 41 bankruptcy cases,

consisting of two cases under Chapter 7, one case under Chapter 11, 36 cases under Chapter 13, one

case under Chapter 15, and one involuntary petition. All of such 41 cases, except four, have been

dismissed. The 41 bankruptcy cases filed by Defendant Goyens have at times included concurrent

cases.

2.      As set forth in the Complaint, in 36 cases filed by Defendant Goyens under Chapter

13, she has never obtained an order confirming a plan.

3

3.       As set forth in the Complaint, using one or more aliases, Defendant Goyens has filed 11 adversary proceedings since 1991, including complaints against two United States Bankruptcy Judges. All of such adversary proceedings either have been dismissed or have been left unresolved. Defendant Goyens has not obtained a judgment favorable to her in any of such 11 adversary proceedings.

4.       As set forth in the Complaint, using one or more aliases. Defendant Goyens has filed 12 bankruptcy and civil appeals in three Judicial Districts. All of such appeals have been dismissed or have been left unresolved. Defendant Goyens has not obtained an order favorable to her in any of such 12 appeals.

5.       As set forth in the Complaint, using one or more aliases, Defendant Goyens has filed 11 civil cases in three Judicial Districts. All of such cases have been dismissed or have been left unresolved. Defendant Goyens has not obtained a judgment favorable to her in any of such 11 civil cases.

6.       Defendant Goyens is the subject of the following:

(a)       A prior 180-day order barring future bankruptcy filings, entered by the United States Bankruptcy Court for the Eastern District of California on December 20, 2002. In re Kamaal Romon Goyens and Chaledeeannka Document Preparer Goyens, Case No. 02-32909-B-7 (Docket No. 46).

(b)       A prior, one-year bar order, entered by the United States Bankruptcy Court for the Northern District of California on January 26, 2005. In re Artis C. Bell, Case No. 04-32901 (TEC) (Docket No. 19).

4

(c)     A prior three-year filing injunction issued by the United States Bankruptcy
Court for the Northern District of California on March 14, 2006. In re Artis C. Bell, Case No. 05-
32521 (TEC) (Docket No. 59).

(d)     A Default Judgment Granting Permanent Injunctive Relief Pursuant to 11
U.S.C. § 105(a) (the "Permanent Filing Injunction") issued by the United States Bankruptcy Court for
the Northern District of California on November 14, 2006. Kistler v. Bell (In re Bell), Adv. Pro. No.
06-3129 (Case No. 05-32521) (TEC) (A.P. Docket No. 12). Pursuant to the Permanent Filing
Injunction, Defendant Goyens was enjoined on a permanent basis from "using the name Artis C. Bell
or any aliases listed on the caption of this default judgment, is hereby permanently enjoined from
filing, in any United States bankruptcy court, any bankruptcy case or adversary proceeding, or any
document therein." Id.

(e)     A Default Judgment Granting Permanent Injunctive Relief Pursuant to 11
U.S.C. §§ 110 and 105(a), Prohibiting Provision of Document Preparer Services and Imposing Fine
(the "Preparer Injunction") issued by the United States Bankruptcy Court for the Northern District of
California on January 18, 2007. Kistler v. Goyens (In re Dobard), Adv. Pro. No. 06-3130 (Case No.
99-34016) (TEC) (A.P. Docket No. 14). Pursuant to the Preparer Injunction, Defendant Goyens was
"permanently enjoined from providing to any individual or entity any service relating to the
preparation of documents to be filed in any bankruptcy case." Id. (Collectively, the bar orders and
injunctions set forth in paragraphs 6(a)-(e) of this Default Judgment are the "Prior Injunctions").

(f)     The Vexatious Litigant List maintained by the Judicial Council of the
California State Courts.

7.      Defendant Goyens has been found in contempt twice by the United States Bankruptcy Court for the Northern District of California, for violating the Permanent Filing Injunction and the Document Preparer Injunction. See Kistler v. Bell (In re Bell), Adv. Pro. No. 06-3129 (Case No. 05-32521) (TEC) (A.P. Docket No. 41, and Kistler v. Goyens (In re Dobard), Adv. Pro. No. 06-3130 (Case No. 99-34016) (TEC) (A.P. Docket No. 28) (collectively, the "Prior Contempt Orders").

8.      In this and other bankruptcy courts nation-wide, Defendant Goyens, in her own name and using one or more aliases, has engaged in repeated patterns of conduct disruptive to the Office of the Clerk and to the courts' judicial proceedings.

9.      Such conduct by Defendant Goyens has included, without limitation, disruption of Court proceedings, the filing of unnecessarily burdensome documents, refusal to regard instructions from the bench in open Court, and harassment by various means (including repetitive email communications) of the United States Bankruptcy Judges, the United States Marshals, deputy clerks, other officers of the bankruptcy courts, and the United States Trustees and their offices nation-wide.

10.     As set forth in the Complaint, in a period of two years, between 2010 and the present, in three different Judicial Districts nation-wide, and using one or more aliases, Defendants Fedelina Roybal de Aguero and the Fedelina Roybal de Aguero 2008 Trust (collectively, "Defendant Roybal de Aguero," and collectively with Defendant Goyens, the "Defendants") have filed nine bankruptcy cases, consisting of three cases under Chapter 7 and six cases under Chapter 13. All of such nine cases have been dismissed.

11.     As set forth in the Complaint, in three cases filed by Defendant Roybal de Aguero under Chapter 7, she has never obtained an order of discharge. In six cases filed by Defendant Roybal de Aguero under Chapter 13, she has never obtained an order confirming a plan.

6

12.      As set forth in the Complaint, using one or more aliases, Defendant Roybal de Aguero has filed one bankruptcy appeal, which was adjudicated in the United States Bankruptcy Appellate Panel for the Ninth Circuit. Such appeal was dismissed. In re Roybal de Aguero, Case No.12-40017 (MEH) (U.S. Bankruptcy Court for the Northern District of California), Docket No. 52.

13.      In this Adversary Proceeding, the United States Trustee filed her Complaint on October 4, 2012. Adv. Pro. No. 12-1901 (SHL). The Clerk issued a corresponding Summons on October 9, 2012, and service of the Complaint and Summons was given to the Defendants on October 9, 2012. A.P. Docket Nos. 3-4.

14.      Service of the Complaint, Summons and Motion have been made upon the Defendants at their last known addresses, including with respect to Defendant Goyens, at the addresses known as 25 Amberwood Lane, Walnut Creek, California 94598, and 3131 Grand Concourse. Apt. 4-E, Bronx, New York 10468. A.P. Docket No. 4. Defendant Goyens specifically represented to the Court at a hearing held in the underlying Chapter 11 case on July 12, 2012, that documents could be mailed to her at such addresses. *See* Transcript of Hearing, Case No. 12-11580 (SHL), Docket No. 20, at 39.

15.      The Court held an Initial Pre-Trial Conference in this Adversary Proceeding on December 4, 2012. The Defendants failed to appear at such Conference.

16.      The Defendants have failed to file an answer or motion with respect to the Complaint within the time limit fixed by Bankruptcy Rule 7012(a), or as of the date hereof. See A.P. Docket.

17.      The Clerk of the Court entered the default of the Defendants on the docket of this Adversary Proceeding on January 31, 2013. A.P. Docket No. 8.

18.      No objection has been filed by the Defendants with respect to the Motion as of the date hereof. See A.P. Docket.

7

19.    The Defendants did not appear at the Hearing on the Motion.

Based on the foregoing, the Court hereby concludes:

20.    Pursuant to Federal Rule of Civil Procedure ("Rule") 8(b)(6), as applicable in this

Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 7008,

"an allegation [ ] is admitted if a responsive pleading is required and the allegation is not denied."

Fed. R. Civ. P. 8(b)(6); Fed. R. Bankr. P. 7008.

21.    In a 21-year history of multiple and abusive bankruptcy, civil and appellate cases

filed in her own name and under approximately 45 aliases and names of other individuals, which

cases have included the filing of several burdensome documents, Defendant Goyens has engaged

continually in conduct that is injurious, fraudulent, unfair and deceptive to creditors, this and other

Courts, and the bankruptcy process.

22.    Defendant Goyens has an extended history of filing bankruptcy cases under Chapters

7 and 13 nation-wide without sufficient grounds for obtaining either a bankruptcy discharge or

confirmation of a personal repayment plan.

23.    Defendant Goyens has an extended history of bankruptcy appeals that have failed to

result in the reversal of bankruptcy and district court orders deemed unfavorable by Defendant

Goyens.

24.    The bankruptcy, civil and appellate cases filed by Defendant Goyens have caused

sustained annoyance, frustration and worry to the United States Bankruptcy Courts and their

respective Clerks' Offices, the United States Trustees and their respective Offices, and creditors.

25.    The bankruptcy filing history of Defendant Goyens has entailed vexation,

harassment, and needless expense to other parties.

8

26.     Defendant Goyens' numerous filings of bankruptcy cases and appeals in multiple

courts over a prolonged period of time has placed an unnecessary burden on this and other Courts and

their respective supporting personnel, thereby hindering the administration of justice. Also. such

history has placed an unnecessary burden on the United States Trustee Program, thereby hindering

the administration of bankruptcy cases nation-wide.

27.     The Prior Injunctions, Contempt Orders and the placement of Defendant Goyens on

the Vexatious Litigant List in the California state courts have not prevented the Defendants from

filing for bankruptcy in this Court because they are of narrow. specific scopes. and do not apply to

Defendant Roybal de Aguero.

28.     Goyens' disruptive conduct in this and other bankruptcy courts and Clerks' Offices

nation-wide has resulted in an egregious abuse of process that hinders the administration of justice.

29.     In a two-year history of multiple and abusive bankruptcy and appellate cases filed in

her own name and under one alias, Defendant Roybal de Aguero has engaged continually in conduct

that is injurious. fraudulent, unfair and deceptive to creditors, this and other Courts. and the

bankruptcy process. Defendant Roybal de Aguero has a history of filing successive bankruptcy cases

under Chapters 7 and 13 nation-wide without sufficient grounds for obtaining either a bankruptcy

discharge or confirmation of a personal repayment plan.

30.     The bankruptcy and appellate cases filed by Defendant Roybal de Aguero have

caused sustained annoyance, frustration and worry to the United States Bankruptcy Courts and their

respective Clerks' Offices, the United States Trustees and their respective Offices, and creditors. The

bankruptcy filing history of Defendant Roybal de Aguero has entailed vexation, harassment. and

9

needless expense to other parties. Such history has placed an unnecessary burden on this and other

Courts and their respective supporting personnel, thereby hindering the administration of justice.

Such history has placed an unnecessary burden on the United States Trustee Program, thereby

hindering the administration of bankruptcy cases nation-wide.

31.    Under Second Circuit law, in determining whether an injunction should issue against a

vexatious litigant, including a bankruptcy debtor, the Court in its discretion need only review the

vexatious and harassing nature of the defendant's filing history. In re Martin-Trigona, 737 F.2d 1254,

1262 (2d Cir. 1984). The traditional standards governing the issuance of a permanent civil injunction

– i.e., irreparable harm and no remedy at law – do not apply. Id.

32.    In this Adversary Proceeding, the Defendants have not contested the offensive and

prolific character of their burdensome filings and conduct, as such have been set forth in the United

States Trustee's Complaint.

33.    Based on the foregoing, it appears further that appropriate notice of the Complaint and

Motion have been given, that a default judgment should issue in favor of the United States Trustee in

the Adversary Proceeding pursuant to Bankruptcy Code section 105(a), Federal Rule of Civil

Procedure ("Rule") 55, as applicable herein by Federal Rule of Bankruptcy Procedure ("Bankruptcy

Rule") 7055, and applicable law, and that summary judgment should issue in favor of the United

States Trustee in the Adversary Proceeding pursuant to Bankruptcy Code section 105(a), Rule 56, as

applicable herein by Bankruptcy Rule 7056, and applicable law.

Based on the foregoing, the Court hereby enters its Default Judgment and Summary Judgment

for Injunctive Relief, as follows:

10

**DEFAULT JUDGMENT and SUMMARY JUDGMENT:**

(A)    For purposes of both the Default Judgment and Summary Judgment entered hereby, all allegations made in the Complaint are deemed admitted and resolved against the Defendants.

(B)    Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, and all persons in concert and participation with her, whether acting on their own behalves or on behalves of others, and whether using their own names or one or more aliases hereby are:

(1)    permanently enjoined from filing any new bankruptcy case or adversary proceeding in this and any other United States Bankruptcy Court, and

(2)    permanently enjoined from filing any document (including proofs of claim) in any other bankruptcy case or adversary proceeding without first obtaining leave to file such document from the United States Bankruptcy Judge presiding over such bankruptcy case or adversary proceeding.

(C)    Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, and all persons in concert and participation with her, whether acting on their own behalves or on behalves of others, and whether using their own names or one or more aliases hereby are permanently enjoined from entering the Office of the Clerk of this or any other United States Bankruptcy Court, without first obtaining permission for such entry from the Chief United States Bankruptcy Judge or, if seeking entry to the Office of the Clerk for the purpose of filing a document (including a proof of claim) in a bankruptcy case or adversary proceeding, without first obtaining permission from the United States Bankruptcy Judge presiding over such bankruptcy case or adversary proceeding.

(D)   Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein. and all persons in concert and participation with her, whether acting on their own behalves or on behalves of others. and whether using their own names or one or more aliases hereby are permanently enjoined from sending any communications in any form. including written papers, electronic messages, and e-mails, to any United States Bankruptcy Judge, United States Marshals, deputy clerks, other officers of the bankruptcy courts, and the United States Trustees and their offices nation-wide (except for the purpose of filing a document as set forth above in paragraph B(2) above).

(E)   Fedelina Roybal de Aguero and the Fedelina Roybal de Aguero 2008 Trust. and all persons in concert and participation with them, whether acting on their own behalves or on behalves of others. and whether using their own names or one or more aliases, hereby are permanently enjoined from filing any new bankruptcy case or adversary proceeding in this and any other United States Bankruptcy Court, and permanently enjoined from filing any adversary proceeding or document (including proofs of claim) in any other bankruptcy case or adversary proceeding without first obtaining leave to file from the United States Bankruptcy Judge presiding over such bankruptcy case or adversary proceeding, as applicable.

Dated: New York, New York
June 3, 2013                          */s/ Sean H. Lane*
                                     HONORABLE SEAN H. LANE
                                     UNITED STATES BANKRUPTCY JUDGE

12

AO 234A
(Rev. 06/19)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE ISSUED | CASE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| E1594961 | CN31 | 05/01/2024 | | APPEARANCE REQUIRED |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| CONFORM SIGNS/DIRECTIONS | |

| UNITED STATES OF AMERICA<br>v.<br>CHALEDEEANNKA A GOYENS<br>1390 MARKET ST<br>SAN FRANCISCO, CA 94122 | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| | 07/18/2024<br>09:30 AM<br>***IMPORTANT***<br>SEE INSTRUCTIONS BELOW | US DISTRICT COURT<br>VIRTUALLY VIA ZOOM<br>SEE SPECIAL INSTRUCTIONS BELOW<br>SAN FRANCISCO, CA 94102 |

A violation notice issued to you personally, or placed on your vehicle, remains pending. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel**. If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must pay the amount due prior to your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A payment is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov

## SPECIAL INSTRUCTIONS

All proceedings will be held virtually on Zoom. DO NOT GO to the federal courthouse. On the above date and time, join the proceedings by phone or on a browser on your computer or smartphone:

* Phone: Call (669) 254 5252. At the prompt, enter the Meeting ID 160 744 6117 and then the password 038211.

* Computer or smartphone: https://www.zoomgov.com/j/1607446117 and use the password 038211.

There is no judge at this proceeding. This is an informal settlement conference between you and the prosecutor from the US Attorney's Office. A representative of the Federal Public Defender's Office will be on the call and is available to assist you. If you have any questions, please contact the Federal Public Defender's Office at Christine_Miles@fd.org or (415) 265-1014.

- - - - - - - - - - - **If payment has been sent, disregard this notice.** - - - - - - - - - - - - - -
*Detach this portion and return it with your payment or pay on-line at www.cvb.uscourts.gov*

| **Central Violations Bureau**<br>P.O. Box 780549<br>**San Antonio, TX 78278**<br>**(800) 827-2982** | VIOLATION NUMBER | LOCATION CODE | AMOUNT DUE |
|---|---|---|---|
| | E1594961 | CN31 | APPEARANCE REQUIRED |

| DEFENDANT'S NAME AND ADDRESS | |
|---|---|
| CHALEDEEANNKA A GOYENS<br>1390 MARKET ST<br>SAN FRANCISCO, CA 94122 | - To pay by credit card, visit www.cvb.uscourts.gov.<br>- To pay by mail, return this portion of the form with your check or money order to the address listed on the stub. There is a $53 fee for returned payments.<br>- Make the check or money order payable to the **Central Violations Bureau**.<br>- Write the violation number and location code on your check or money order.<br>- **DO NOT SEND CASH.** |

An official website of the United States government.    Here's how you know ⌄                    Log In to PACER Systems ↦

 PACER Case Locator            Party Search Results

**Search Criteria:** Party Search; Last Name: [eberwein]; First Name:
[robert]; Middle Name: [d]
**Result Count:** 35 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| Eberwein, Robert D (pla) | 3:2016cv03219 | 3109 King St Property Management et al v. Deutsche Bank Americas et al |
| Eberwein, Robert D (dft) | 3:2016cv04588 | Lorenzo Commons LLC v. Eberwein |
| Eberwein, Robert D (pla) | 4:2016cv06530 | Coloured Pentecostal Assemblies of World Republicans et al v. Clinton, et al |
| Eberwein, Robert D (dft) | 4:2017cv05707 | Mosser Companies, Inc. v. Eberwein |
| Eberwein, Robert D (dft) | 4:2017cv05713 | Mosser Companies, Inc. v. Eberwein |
| Eberwein, Robert D. | 0:2016cv16110 | 3109 King St Property Manageme, et al v. Vasona Management, et al |
| Eberwein, Robert D. | 0:2016cv16111 | 3109 King St Property Manageme, et al v. Vasona Management, et al |
| Eberwein, Robert D. | 0:2016cv16522 | Lorenzo Commons LLC v. Robert Eberwein |
| Eberwein, Robert D. | 0:2016cv16936 | Robert Eberwein v. Deutsche Bank Americas, et al |
| Eberwein, Robert D. | 0:2017cv15615 | Robert Eberwein v. Deutsche Bank Americas, et al |
| Eberwein, Robert D. | 0:2017cv16381 | Mosser Companies, Inc. v. Robert Eberwein, et al |
| Eberwein, Robert D. (dft) | 4:2010ap04019 | Bank of New York and Eberwein |
| Eberwein, Robert D. (dft) | 4:2010ap04020 | Bank of New York and Eberwein |
| Eberwein, Robert D. (dft) | 4:2010ap04021 | Bank of New York and Eberwein |
| Eberwein, Robert D. (dft) | 3:2016cv04896 | Lorenzo Commons LLC v. Eberwein |
| Eberwein, Robert D. (dft) | 3:2016cv06102 | Lorenzo Commons, LLC v. Eberwein |
| Eberwein, Robert D. (pla) | 4:2019cv06303 | Goyens v. Swords to Plowshares |
| Eberwein, Robert D. (unk) | 1:2012bk12020 | Residential Capital, LLC |

| Party Name | Case Number | Case Title |
|---|---|---|
| Eberwein, Robert Daniel (db) | 4:2010bk40860 | Robert Daniel Eberwein |
| Eberwein, Robert Daniel (db) | 1:2010bk11516 | Robert Daniel Eberwein |
| Eberwein, Robert Daniel (intp) | 4:2012bk40017 | Fedelina Roybal DeAguero |
| Eberwein, Robert Daniel (intp) | 3:2012bk31159 | Paul Christensen |
| Eberwein, Robert Daniel (pla) | 3:2013cv02480 | Eberwein et al v. Livingston et al |
| Eberwein, Robert Daniel (pla) | 3:2013cv02740 | Eberwein et al v. Davis |
| Eberwein, Robert Daniel (pla) | 4:2013cv02732 | Eberwein et al v. Davis |
| Eberwein, Robert Daniel (dft) | 4:2017cv03678 | Mosser Companies, Inc. v. Eberwein et al |
| EBERWEIN, ROBERT DANIEL (db) | 3:2019bk51027 | DEBORAH ANN CHALEDEEANNKA and ROBERT DANIEL EBERWEIN |
| EBERWEIN, ROBERT DANIEL (jdb) | 3:2019bk51027 | DEBORAH ANN CHALEDEEANNKA and ROBERT DANIEL EBERWEIN |
| Eberwein, Robert Daniel (unk) | 1:2009bk13664 | Fred Goyens |
| Eberwein, Robert Daniel (unk) | 1:2010bk13222 | Lisa Swain-Morris |
| Eberwein, Robert Daniel (unk) | 1:2012bk10042 | Paul Christensen |
| Eberwein, Robert Daniel (db) | 1:2012bk11486 | Robert Daniel Eberwein |
| Eberwein, Robert Daniel (db) | 1:2012bk11580 | Robert Daniel Eberwein and Chaledeeannka Deborah Ann Wil Goyens-Bell Eberwein |
| Eberwein, Robert Daniel (dft) | 1:2012ap01901 | United States Trustee and Goyens-Bell Eberwein |
| Eberwein, Robert Daniel (pla) | 3:2014cv00441 | Destin et al v. Commander In Chief e |

PACER FAQ                    Privacy & Security                    Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only)<br>23bk20718 |
|---|---|

| **PLAINTIFFS**<br>TORRES | **DEFENDANTS**<br>Tanner |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>ppartee@huntonak.com<br>rrich2@huntonak.com | **ATTORNEYS** (If Known)<br>efriedman@friedmanspring.com<br>rmuzzin@friedmanspring.com |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| DATE    *N. P. T.* | PRINT NAME OF ATTORNEY (OR PLAINTIFF) *by: Lionel Tanner to #. H. R. Without Prejudice Robert Eberwein* |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Northern District of California

**FILED
FEB 16 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA**

In re  Robert Eberwein                          ,          Case No.  10-40860- edj 13
                Debtor

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ | | |
| B - Personal Property | YES | | $ | | |
| C - Property Claimed as Exempt | YES | | | | |
| D - Creditors Holding Secured Claims | YES | | | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | | | $ | |
| G - Executory Contracts and Unexpired Leases | YES | | | | |
| H - Codebtors | YES | | | | |
| I - Current Income of Individual Debtor(s) | YES | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ | $ | |

Please Do Not Loose these
To us marshalls and Security
Police these I Should not have to
file these But martha Bronitsky
and Clerkes, Virginia Babea
are returning my court fibs

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Northern District of California

In re  Robert Eberwein _____ ,                    Case No. _10-40860- edj 13___
            Debtor

                                                              Chapter _7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

        If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

        ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**ATTACHMENT A**

ADDITIONAL NAMES USED BY CHALEDEEANNKA GOYENS
SUBJECT OF VEXATIOUS LITIGANT ORDER


Chaledeeannka Goyens
Chaledeeannka CDPR Goyens
Chaledeeannka Goyens B
Chaledeeannka Goyens-Bell
Chaledeeannka D Goyens-Bell
Chaledeeannka Document Preparer
Chaledeeannka Goyens Doc Prep Goyens
Chaledeeannka Goyens-Promulgatoress
Chaledeeannka Goyens DBA Doucment Preparer Goyens
Chaledeeannka Document Preparer Goyens
Chaledeeannka Document Preparer Goyens-Bell
Alice Winborn
Alice E. Winborn
Alice Elizabeth Winborn
Barbara Woods
C.D.P.G.
CD Goyens
CDPP Goyens
Chaledeeannka D. Goyens
Chaledeeanka DA Goyens
Chaledeeannka D.A. Goyens
Chaledeeannka Deborah Ann Goyens-Bell
Chaledeeannka Deborah Ann Goyens-Bell (Williams)
Chaledeeannka Deborah Ann Williams Goyens-Bell
Chaledeeannka Deborah Goyens
Chaledeeannka Doc Pr Goyens
Deborah Ann Williams
Freddie Goyens
Garland Tyler
O'Levia Del-Agape Goyens
Olevia Goyens
Estates Lizzie Glossom
Estates Lonnie Ratliff

1

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Robert Eberwein                            ,            Case No.  10-40860- edj 13
               Debtor

                                                               Chapter  7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is
prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.
The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.
§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency
places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the
creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the
child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the
child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| CWALT 2005-41 | | 3109 king   Abcd | disputed | 00.00 rents |
| Fremont Home Loan Trust May 2006 | | 1853 9th Ave 1, 2, 3, 4 | disputed | 00.00 rents |

Date:  2/10/2010

                                    Robert Ele

                                    Robert Eberwein
                                             Debtor

*[Declaration as in Form 2]*

3

B 6B (Official Form 6B) (12/07)

In re  Robert Eberwein                                    ,        Case No.  10-40860- edj 13
                        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | n | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | TBA | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Robert Eberwein                                    ,        Case No.   10-40860- edj 13
              Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

.B 6B (Official Form 6B) (12/07) -- Cont.

In re  Robert Eberwein
                 Debtor
,
Case No. 10-40860- edj 13
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached    Total➤  $ _____
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (12/07)

In re  Robert Eberwein                                    ,        Case No.  10-40860- edj 13
                        Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 3109 king st ABCD | | | |
| 1853 9th Avenue 1234 | | | |
| 611 and 613 p street | | | |
| nummi 401 k | | | |
| 2316 lakeshore 1, 2,3, 4, 5 6, 7, 8, 9 ,10, 11, 12,-17 | | | |
| 2324 lakeshiore 1, 2 3 4 | | | |
| 171 Camino Del Sol | | | |
| 410 Whitney | | | |
| 7520 bellini way | | | |
| 2361 Mission 125 | | | |
| 2304 9th Ave | | | |

14

B 6D (Official Form 6D) (12/07)

In re  Robert Eberwein                             Case No.  10-40860- edj 13
              **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.RG09441942 | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.RG08428573 | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.RG08428564 | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                  2

In re  Robert Eberwein                                ,    Case No.   10-40860- edj 13
              **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9483362 | | | | | | | | |
| | | | VALUE $ | | | | | 800,000.00 |
| ACCOUNT NO. 9483364 | | | | | | | | |
| | | | VALUE $ | | | | | 8,000,000.00 |
| ACCOUNT NO. 9481718 | | | | | | | | |
| | | | VALUE $ | | | | | 8,000,000.00 |
| ACCOUNT NO. Alameda County Sher file 3109 king st  ab cd Berkeley ca 94703-245 | | | VALUE $ | | | | | 700,000.00 |
| ACCOUNT NO. Alameda County Sher file 18539th ave Oakland, Ca 94606-3019 | | | VALUE $ | | | | | 700,000.00 |

Sheet no _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)                              $                    $ 1,500,000.00

Total(s) ▶
(Use only on last page)                              $                    $ 1,500,000.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                          2

In re  Robert Eberwein                    ,     Case No.  10-40860- edj 13
            **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  171 Camino Del Sol Vallejo California | | | pite and duncan david endres  VALUE $ | | | | | |
| ACCOUNT NO. 9483364  410 Whitney Vallejo California | | | AAA insurance  VALUE $ | | | | | |
| ACCOUNT NO. 9481718  2316 lakeshore 1-17 2324 lakeshore 1-6 Oakland Callifornia | | | Alameda County judgement against all owners and tenants Pin Lian Tu  VALUE $ | | | | | |
| ACCOUNT NO.  Solano County Sheriff file 171 Camino Del Sol Vallejo Ca | | | Dexter Hall, trustor Janika McClough CRS temporary housing lease  VALUE $ | | | | | |
| ACCOUNT NO.  Alameda County Sher file 2316 (1-16) 2324 ( (1-6) Oakland, Ca 94606-3019 | | | Lakeshore view homeowners ass vs Pin Lian Tu Does 1-20  VALUE $ | | | | | |

Sheet no _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► (Total(s) of this page)   $   $

Total(s) ► (Use only on last page)   $   $ 1,500,000.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                    2

In re  Robert Eberwein                          ,       Case No.   10-40860- edj 13
                 **Debtor**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HSBC Bank vs Garcia et al 12/17 2009 | | | pite and duncan david endres <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 9483364 <br><br> 410 Whitney Vallejo California | | | AAA insurance <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. 9481718 <br><br> 2316 lakeshore 1-17 2324 lakeshore 1-6 Oakland Callifornia | | | Alameda County judgement against all owners and tenants Pin Lian Tu <br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Solano County Sheriff file 171 Camino Del Sol Vallejo Ca | | | Dexter Hall, trustor Janika McClough CRS temporary housing lease <br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Alameda County Sher file 2316 (1-16) 2324 ( (1-6) Oakland, Ca 94606-3019 | | | Lakeshore view homeowners ass vs Pin Lian Tu Does 1-20 <br> VALUE $ | | | | | |

Sheet no._____of_____ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)►
(Total(s) of this page)

$

$

Total(s) ►
(Use only on last page)

$

$ 1,500,000.00

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Calendar For : 12/18/...    Master ...    Dept ...    Yolanda Northbridge

Page: 1
Rundate :12/17/200...

| No. | Case.No. Case Title | Reason On Calendar | Filing Location | Notes |
|---|---|---|---|---|
| 1. | BG09...... Riverstone Residential Group VS Garth<br>PLT : Riverstone Residential Group<br>DEF : Judy Garth<br>ATT: Harris, Kevin A<br>Pro-Per | Complaint Unlawful Detainer | BC | Scheduled |
| 2. | BG09...... HSBC Bank USA VS Garcia<br>PLT : HSBC Bank USA<br>DEF : Ed Garcia<br>ATT: Endres, David R.<br>Pro-Per | Complaint Unlawful Detainer | BC | Continue |
| 3. | BG09...... Bank of America, National Association, its VS ...<br>PLT : Bank of America, National Association, its assig<br>DEF : Allyson Schultz<br>ATT: Carle, Rebecca L<br>ATT: Beatty, Chris | Complaint Unlawful Detainer | BC | Continue |
| 4. | BG09...... Bank of New York VS Eberwein<br>PLT : Bank of New York<br>DEF : Robert Eberwein<br>DEF : Chaledeeanyka Deborah Ann Williams Goyens Bell E Pro-Per<br>ATT: Stocking, Ryan W. | Complaint Unlawful Detainer | BC | Continue |
| 5. | BG09...... Bank of New York as Trustee for the Certifi...<br>PLT : Bank of New York as Trustee for the Certificateh<br>DEF : Robert Eberwein<br>DEF : Chaledeeanyka Deborah Ann Williams Goyens Bell E Pro-Per<br>ATT: Stocking, Ryan W. | Complaint Unlawful Detainer | BC | Continue |
| 6. | BG09483164 Bank of New York as Trustee for the Certifi...<br>PLT : Bank of New York as Trustee for the Certificateh<br>DEF : Robert Eberwein<br>DEF : Chaledeeanyka Deborah Ann Williams Goyens Bell E Pro-Per<br>ATT: Stocking, Ryan W. | Complaint Unlawful Detainer | BC | Continue |
| 7. | RG09......... BMR-Gateway Boulevard VS Daystar Technology<br>PLT : BMR-Gateway Boulevard<br>DEF : Daystar Technologies, Inc.<br>ATT: Delehunt, Michael E.<br>ATT: Bellafronto, Maria S. | Complaint Unlawful Detainer | FHJ | Schedule |

COUNTY OF ALAMEDA : Rene C. Da...son Alameda County Courthouse
Master July Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

...ge: 2
Rundate :12/17/20..

Report Id : Calendar - Daily Calendar

| No. Case.No. | Case Title | Reason On Calendar | Filing Location / Notes |
|---|---|---|---|
| 8. HG09482762 Silva VS O.S.C. & Associates, Inc.<br>PLT : Daniel Silva<br>PLT : Michael Silva<br>PLT : Richard Silva<br>DEF : O.S.C. & Associates, Inc.<br>ATT: Rothbard, Todd<br>ATT: Rothbard, Todd<br>ATT: Rothbard, Todd<br>ATT: Mcmorrow, John B. | Complaint Unlawful Detainer | FHJ Scheduler |
| 9. HG09477302 Northern California Community Development, Inc.<br>PLT : Northern California Community Development<br>DEF : Michele Holland<br>ATT: Adams, Brenda Star<br>Pro-Per | Complaint Unlawful Detainer | HHJ Scheduler |
| 10. HG09480009 Goulart VS. Aaron<br>PLT : George Goulart<br>DEF : Rayvonne Aaron<br>ATT: Faria, Manuel A.<br>ATT: Adams, Brenda Star | Complaint Unlawful Detainer | HHJ Continue... |
| 11. HG09480310 August VS Renowitzky<br>PLT : Lydia August<br>DEF : Michelle Renowitzky<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | HHJ Scheduler |
| 12. HG09480564 Avalonbay Communities, Inc. VS Logan<br>PLT : Avalonbay Communities, Inc.<br>DEF : Tiarra Logan<br>ATT: Rothbard, Todd<br>ATT: Adams, Brenda Star | Complaint Unlawful Detainer | HHJ Scheduler |
| 13. HG09481514 Mercy Housing VS Hill<br>PLT : Mercy Housing<br>DEF : Diane Hill<br>DEF : Jurante Winters<br>ATT: Rothbard, Todd<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | HHJ Scheduler |
| 14. RG08442351 Bank of New York as trustee for the certifi...<br>PLT : Bank of New York as trustee for the certificateh<br>DEF : Lazane Jobe<br>DEF : Sherice Thompson<br>ATT: Gamez, Daniel R.<br>ATT: Beatty, Chris | Complaint Unlawful Detainer | RCD Continue... |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1   Yolanda Northridge

Page: 3
Rundate : 12/17/200

| No. Case.No. | Case Title | | Reason On Calendar | Filing Location | Notes |
|---|---|---|---|---|---|
| 15. RG084203586 | Bank of New York as trustee for the certifi | PLT : Bank of New York as trustee for the certificate<br>DEF : Lazane Jobe<br>DEF : Celia Davis | ATT: Gamez, Daniel R.<br><br>ATT: Beatty, Chris | Complaint Unlawful Detainer | RCD | Continued |
| 16. RG09438700 | Bank of New York as Trustee for the Certifi | PLT : Bank of New York as Trustee for the certificate<br>DEF : Lazane Jobe<br>DEF : Sylvia Davis | ATT: Gamez, Daniel R.<br><br>ATT: Beatty, Chris | Complaint Unlawful Detainer | RCD | Continued |
| 17. RG09462814 | Deutsche Bank National Trust Company VS Wax | PLT : Deutsche Bank National Trust Company<br>DEF : Gail Wax<br>DEF : James C. Wax | ATT: Treder, Edward A.<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | RCD | Continued |
| 18. RG09469369 | Bank of New York VS Choice | PLT : Bank of New York<br>DEF : Ramona Choice | ATT: Partridge, William L.<br>ATT: Beatty, Chris | Complaint Unlawful Detainer | RCD | Continued |
| 19. RG09470444 | Property Asset Management Inc. VS Morris | PLT : Property Asset Management Inc.<br>DEF : Lisa Morris | ATT: Endres, David R.<br>Pro-Per | Complaint Unlawful Detainer | RCD | Continued |
| 20. RG09472548 | Conley Family Limited Partnership VS Smith | PLT : Conley Family Limited Partnership<br>DEF : Kevin Smith<br>DEF : Lucienne Hunter Smith<br>CR. : Conley Family Limited Partnership<br>DR. : Kevin Smith<br>DR. : Lucienne Hunter Smith | ATT: Notaro, Michael R.<br>Pro-Per<br>Pro-Per<br>ATT: Notaro, Michael R.<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | RCD | Scheduler |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Da(  )son Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

Page: 4
Rundate : 12/17/20(  )

| No. | Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|-----|----------|-----------|--------------------|-----------------|-------|
| 21. RG09474830 | | The Bank of New York as Trustee for the Cer | Complaint Unlawful Detainer | RCD | Continue |
| | | PLT : The Bank of New York as Trustee for the Certific ATT: Partridge, William L | | | |
| | | DEF : Kaylynn Ozuor-Olds | Pro-Per | | |
| 22. RG09478376 | | Deutsche Bank National Trust Company VS Lev | Complaint Unlawful Detainer | RCD | Continue |
| | | PLT : Deutsche Bank National Trust Company | ATT: Stocking, Ryan W. | | |
| | | DEF : Joshua C Levine | Pro-Per | | |
| | | DEF : Joshua C. Levine | Pro-Per | | |
| 23. RG09478913 | | Nguyen VS Knighton | Complaint Unlawful Detainer | RCD | Schedule |
| | | PLT : Binh Nguyen | ATT: Nagy, Edward A. | | |
| | | DEF : Laura Knighton | Pro-Per | | |
| 24. RG09479691 | | Community Fund LLC VS Miller | Complaint Unlawful Detainer | RCD | Continue |
| | | PLT : Community Fund LLC | ATT: Nagy, Edward A. | | |
| | | DEF : Edward Miller | Pro-Per | | |
| 25. RG09480381 | | RMD Services I, LLC VS Van Arsdale | Complaint Unlawful Detainer | RCD | Continue |
| | | PLT : RMD Services I, LLC | ATT: Shepherd, Michael | | |
| | | DEF : Kenya Van Arsdale | ATT: Beatty, Chris | | |
| | | DEF : Franquois Anderson | | | |
| 26. RG09480755 | | Washington Mutual Bank VS Stoute | Complaint Unlawful Detainer | RCD | Schedule |
| | | PLT : Washington Mutual Bank | ATT: Naiman, Randall D. | | |
| | | DEF : Patrick Stoute | ATT: Lane, Laura | | |
| 27. RG09480626 | | Zhang VS Stearne | Complaint Unlawful Detainer | RCD | Schedule |
| | | PLT : Jintang Zhang | ATT: Lam, Gerard | | |
| | | DEF : Pamela Stearne | Pro-Per | | |

Report Id : Calendar - Daily Calendar

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

Page: 5
Rundate : 12/17/200

| No. | Case No. | Case Title | Reason On Calendar | | Filing Location | Notes |
|-----|----------|------------|--------------------|--|-----------------|-------|
| 28 RG09401360 | | U.S. Bank, N.A., trustee for Lehman Brother- BN | PLT : U.S. Bank, N.A., trustee for Lehman Brothers- Complaint Unlawful Detainer | ATT: Naiman, Randall D. | RCD | Schedulec |
| | | | DEF : Pese Sosi | Pro-Per | | |
| 29 RG09481673 Rothschild VS Golden | | | Complaint Unlawful Detainer | | RCD | Schedulec |
| | | | PLT : Peter Rothschild | ATT: Nagy, Edward A. | | |
| | | | DEF : Yolanda Golden | Pro-Per | | |
| 30 RG09481710 Laws VS Miller | | | Complaint Unlawful Detainer | | RCD | Schedulec |
| | | | PLT : Lee Laws | Pro-Per | | |
| | | | DEF : Linda Miller | Pro-Per | | |
| 31 RG09401796 Pineda VS Hernandez | | | Complaint Unlawful Detainer | | RCD | Continuec |
| | | | PLT : Teresa Pineda | ATT: Whitman, David B. | | |
| | | | DEF : Max Hernandez | ATT: Beatty, Chris | | |
| 32 RG09482003 Geen VS Dillon | | | Complaint Unlawful Detainer | | RCD | Schedulec |
| | | | PLT : Art Geen | ATT: Nagy, Edward A. | | |
| | | | DEF : Gwendolyn Dillon | ATT: Bracamontes, Michael R. | | |
| 33 RG09482265 Clark VS Norman | | | Complaint Unlawful Detainer | | RCD | Schedulec |
| | | | PLT : Brian Clark | ATT: Nagy, Edward A. | | |
| | | | DEF : Arin Norman | Pro-Per | | |
| 34 RG09482570 301 East O'Keefe LLC VS Cary | | | Complaint Unlawful Detainer | | RCD | Continuec |
| | | | PLT : 301 East O'Keefe, LLC | ATT: Rothbard, Todd | | |
| | | | DEF : Annette Cary | Pro-Per | | |

COUNTY OF ALAMEDA : Rene C. Da[son] Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

Page: 6
Rundate :12/17/20[

| No. Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|---|---|---|---|---|
| 35 RG09482[?]0 Prana Associates Twenty One, LP VS Baadee | | | | |
| PLT : Prana Associates Twenty One, LP | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Yahya Al Baadee | ATT: Nagy, Edward A. | | |
| DEF : Yahya Al Baadee | Pro-Per | | |
| DEF : Yahya Al Baadee | Pro-Per | | |
| 36 RG09483005 U.S. Bank, National Association as Trustee | | | | |
| PLT : U.S. Bank, National Association as Trustee for W | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Nelson Cruz | ATT: Naiman, Randall D. | | |
| DEF : Karen Ortiz | Pro-Per | | |
| DEF : Luis Hernandez | Pro-Per | | |
| DEF : Nora Barrios | Pro-Per | | |
| | Pro-Per | | |
| 37 RG09483030 Truckee Zurich Place,LLC VS Henson | | | | |
| PLT : Truckee Zurich Place,LLC | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Kla'Ora Henson | ATT: Nagy, Edward A. | | |
| | Pro-Per | | |
| 38 RG09483669 Yuen VS Castello | | | | |
| PLT : Wing Lun Yuen | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Regina Castello | ATT: Uchiyama, Karen Y. | | |
| | Pro-Per | | |
| 39 RG09483899 Eclipse Property Management VS Shuman | | | | |
| PLT : Eclipse Property Management, Inc., | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Preston D Shuman | ATT: Fertig, Gary L. | | |
| DEF : Shuman Enterprises, Inc. | Pro-Per | | |
| 40 RG09484302 Don Magalhaes, Court Appointed Receiver, VS | | | | |
| PLT : Don Magalhaes, Court Appointed Receiver | Complaint Unlawful Detainer | RCD | Schedule[ |
| DEF : Jimmie Howard | ATT: Perry, Verne A. | | |
| | Pro-Per | | |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

Report Id : Calendar - Daily Calendar

| No. Case.No.  Case Title | Reason On Calendar | Filing Location  Notes |
|---|---|---|
| 41. RG09484306 Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Esteban Hernandez | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per | RCD    Scheduled |
| 42. RG09484307 Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Alette Pittman | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per | RCD    Scheduled |
| 43. RG09484308 Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Mia Smith<br>DEF : Mia Smith | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per<br>Pro-Per | RCD    Scheduled |
| 44. RG09485655 Ortega VS Woods<br>PLT : Omar Ortega<br>DEF : Kristin Woods | Complaint Unlawful Detainer<br>Pro-Per<br>Pro-Per | RCD    Scheduled |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Court Trial
Calendar For : 12/18/2009 08:46 A.M. Dept 1    Yolanda Northridge

Run Date :12/17/20
Page: 8

| No. | Case.No. | Case Title | Reason On Calendar | Filing Notes Location |
|-----|----------|------------|--------------------|-----------------------|
| 1 | FP06293455 | In re: 2002 RONALD DWAIN MORRIS REVOCABLE T | Petition re Trust | FHJ Schedule |
| | | PET : MICHELLE DOYLE | ATT: Triay, Charles A | |
| 2 | FP06293455 | In re: 2002 RONALD DWAIN MORRIS REVOCABLE T | Petition re Trust | FHJ Schedule |
| | | PET : MICHELLE DOYLE | ATT: Triay, Charles A | |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Civil Court Trial
Calendar For : 12/18/2009 09:00 A.M. Dept 1   Yolanda Northridge

Rundate :12/17/20
Page: 9

| No. | Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|-----|----------|-----------|--------------------|-----------------|-------|
| 1 | RG09442927 | State of California In Re: Currency of $78, | Petition for Asset Forfeiture | | |
| | | PET : State of California | ATT: Cuellar Jr., Armando G. | RCD | Schedule |
| 2 | RG09470652 | The People of the State of Ca In Re: One 20 | Petition for Asset Forfeiture | | |
| | | DEF : One 2007 Mercedes-Benz S550 Automobile | Pro-Per | RCD | Schedule |
| | | PET : The People of the State of California | | | |
| 3 | RG09474207 | Dong VS Quashasha | Complaint Unlawful Detainer | | |
| | | PLT : Hi-Suk Dong | ATT: Disston, Leeds | RCD | Continue |
| | | DEF : Saleh Quashasha | Pro-Per | | |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse

age: 10
Rundate :12/17/20

| No. Case.No. | Case Title | Reason On Calendar | Filing Location | Notes, Schedule |
|---|---|---|---|---|
| | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ridge | | |
| | PET : Jennifer Haggerty | Pro-Per | | |
| | RESP: Lance Cpl. Adam Dickinson | Pro-Per | Request for Order - Domestic Violence Prevention | GSH |

Report Id : Calendar - Daily Calendar

B 6E (Official Form 6E) (12/07)

In re  Robert Eberwein
                    **Debtor**

Case No. 10-40860- edj 13
                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re __Robert Eberwein_____,     Case No.__10-40860- edj 13_____
                 **Debtor**                              **(if known)**


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☑ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☑ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Robert Eberwein                                  ,          Case No.  10-40860- edj 13
           **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Sick Building Syndrome, Abestos, Wrongful Eviction, Mortgage Defaul          **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> nummi payroll gmac | | | | | | | | | |
| Account No. <br><br> nummi payroll 401 k | | | | | | | | | |
| Account No. <br><br> nummi payroll kaiser permanente | | | | | | | | | |
| Account No. <br><br> nummi payroll CWALT 2005-41 | | | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

                                  Subtotals➤          $          $
                         (Totals of this page)

                                  Total➤          $
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

                                  Totals➤                    $          $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Robert Eberwein_____,                              Case No. __10-40860- edj 13_____
                    Debtor                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BG09441942 | | | Mortgage foreclosures disguised in Unlawful detainers, stipulations by non-borrower occupants lo | | | | 0.00 |
| ACCOUNT NO. BG09483364 | | | | | | | |
| ACCOUNT NO. BG09483362 | | | | | | | |
| ACCOUNT NO. BG05244910 | | | | | | | |
| | | | | | Subtotal► | | $ |
| ____ continuation sheets attached | | | | | Total► | | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert Eberwein                              ,        Case No.  10-40860- edj 13
              **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RG08428564 | | | pite and duncan, miles legal want no rents so they can get around the rent boards | | | | 0.00 |
| ACCOUNT NO. RG08428573 | | | 11 | | | | |
| ACCOUNT NO. BG09481718 | | | 11 | | | | |
| ACCOUNT NO. Alameda County Superior Court Class action 12.04/09 Ramona Choice BNK NY | | | 11 | | | | |
| ACCOUNT NO. 171 Camino Del Sol 410 Whitney Vallejo CA | | | | | | | |

Sheet no.____ of____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Calendar For : 12/18/2009 08:45 A.M. Dept 1   Yolanda, Northridge
Master J. / Trial

Report Id : Calendar - Daily Calendar

Run Date :12/17/20[...]

Page: 1

| No. | Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|-----|----------|-----------|--------------------|-----------------|-------|
| 1 | BG09473929 | Riverstone Residential Group VS. Garth | Complaint Unlawful Detainer | BC | Scheduled |
| | | PLT : Riverstone Residential Group | | | |
| | | DEF : Judy Garth | ATT: Harris, Kevin A. Pro-Per | | |
| 2 | BG09478605 | HSBC Bank USA VS. Garcia | Complaint Unlawful Detainer | BC | Continued |
| | | PLT : HSBC Bank USA | | | |
| | | DEF : Ed Garcia | ATT: Endres, David R. Pro-Per | | |
| 3 | BG09478778 | Bank of America, National Association, its assig | Complaint Unlawful Detainer | BC | Continued |
| | | PLT : Bank of America, National Association, its assig | ATT: Carle, Rebecca L | | |
| | | DEF : Allyson Schultz | ATT: Beatty, Chris Pro-Per | | |
| 4 | BG09481778 | Bank of New York VS. Eberwein | Complaint Unlawful Detainer | BC | Continued |
| | | PLT : Bank of New York | | | |
| | | DEF : Robert Eberwein | ATT: Stocking, Ryan W. | | |
| | | DEF : Chaledeeamyka Deborah Ann Williams Goyens Bell E | Pro-Per | | |
| 5 | BG09483362 | Bank of New York as Trustee for the Certifi | Complaint Unlawful Detainer | BC | Continued |
| | | PLT : Bank of New York as Trustee for the Certificateh | ATT: Stocking, Ryan W. | | |
| | | DEF : Robert Eberwein | | | |
| | | DEF : Chaledeeamyka Deborah Ann Williams Goyens Bell E | Pro-Per | | |
| 6 | BG09483364 | Bank of New York as Trustee for the Certifi | Complaint Unlawful Detainer | BC | Continued |
| | | PLT : Bank of New York as Trustee for the Certificateh | ATT: Stocking, Ryan W. | | |
| | | DEF : Robert Eberwein | | | |
| | | DEF : Chaledeeamyka Deborah Ann Williams Goyens Bell E | Pro-Per | | |
| 7 | BG09479111 | BMR-Gateway Boulevard VS. Daystar Technology | Complaint Unlawful Detainer | FHJ | Scheduled |
| | | PLT : BMR-Gateway Boulevard | ATT: Delehunt, Michael E. | | |
| | | DEF : Daystar Technologies, Inc. | ATT: Bellafronto, Maria S. | | |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Jury Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1     Yolanda Northridge

Page: 2
Rundate :12/17/20

| No. | Case.No. | Case Title | | Reason On Calendar | Filing Location | Notes |
|-----|----------|------------|---|--------------------|------------------|-------|
| 8. | FG09482262 Silva VS O.S.C. & Associates, Inc. | PLT : Daniel Silva<br>PLT : Michael Silva<br>PLT : Richard Silva<br>DEF : O.S.C. & Associates, Inc. | ATT: Rothbard, Todd<br>ATT: Rothbard, Todd<br>ATT: Rothbard, Todd<br>ATT: Mcmorrow, John B. | Complaint Unlawful Detainer | FHJ | Scheduled |
| 9. | HG09477742 Northern California Community Development | PLT : Lydia August<br>DEF : Michele Holland | Pro-Per<br>ATT: Adams, Brenda Star | Complaint Unlawful Detainer | HHJ | Scheduled |
| 10. | HG09480009 Goulart VS Aaron | PLT : George Goulart<br>DEF : Rayvonne Aaron | ATT: Faria, Manuel A.<br>ATT: Adams, Brenda Star | Complaint Unlawful Detainer | HHJ | Continued |
| 11. | HG09480310 August VS Renowitzky | PLT : Lydia August<br>DEF : Michelle Renowitzky | Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | HHJ | Scheduled |
| 12. | HG09482561 Avalonbay Communities, Inc. VS Logan | PLT : Avalonbay Communities, Inc.<br>DEF : Tiarra Logan | ATT: Rothbard, Todd<br>ATT: Adams, Brenda Star | Complaint Unlawful Detainer | HHJ | Scheduled |
| 13. | HG09483144 Mercy Housing VS Hill | PLT : Mercy Housing<br>DEF : Diane Hill<br>DEF : Jurante Winters | ATT: Rothbard, Todd<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | HHJ | Scheduled |
| 14. | RG09482351 Bank of new York as trustee for the certifi | PLT : Bank of New York as trustee for the certificate<br>PLT : Lazane Jobe<br>DEF : Sherice Thompson | ATT: Gamez, Daniel R.<br>ATT: Beatty, Chris | Complaint Unlawful Detainer | RCD | Continued |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master J C Trial
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge

Page: 3
Run date : 12/17/20

| No. Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|---|---|---|---|---|
| 15 RG09422359 Bank of New York as trustee for the certifi Complaint Unlawful Detainer | | | RCD | Continued |
| PLT : Bank of New York as trustee for the certificate<br>DEF : Lazane Jobe<br>DEF : Celia Davis | | ATT: Gamez, Daniel R.<br><br>ATT: Beatty, Chris | | |
| 16 RG09438400 Bank of New York as Trustee for the Certifi Complaint Unlawful Detainer | | | RCD | Continued |
| PLT : Bank of New York as Trustee for the Certificate<br>DEF : Lazane Jobe<br>DEF : Sylvia Davis | | ATT: Gamez, Daniel R.<br><br>ATT: Beatty, Chris | | |
| 17 RG09462614 Deutsche Bank National Trust Company VS. Wax Complaint Unlawful Detainer | | | RCD | Continued |
| PLT : Deutsche Bank National Trust Company<br>DEF : Gail Wax<br>DEF : James C. Wax | | ATT: Treder, Edward A.<br>Pro-Per<br>Pro-Per | | |
| 18 RG09464158 Bank of New York VS Choice | | Complaint Unlawful Detainer | RCD | Continued |
| PLT : Bank of New York<br>DEF : Ramona Choice | | ATT: Partridge, William L.<br>ATT: Beatty, Chris | | |
| 19 RG09470444 Property Asset Management Inc. VS Morris | | Complaint Unlawful Detainer | RCD | Continued |
| PLT : Property Asset Management Inc.<br>DEF : Lisa Morris | | ATT: Endres, David R.<br>Pro-Per | | |
| 20 RG09475548 Conley Family Limited Partnership VS Smith | | Complaint Unlawful Detainer | RCD | Scheduled |
| PLT : Conley Family Limited Partnership<br>DEF : Kevin Smith<br>DEF : Lucienne Hunter Smith<br>CR. : Conley Family Limited Partnership<br>DR. : Kevin Smith<br>DR. : Lucienne Hunter Smith | | ATT: Notaro, Michael R.<br>Pro-Per<br>Pro-Per<br>ATT: Notaro, Michael R.<br>Pro-Per<br>Pro-Per | | |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Calendar For : 12/18/2009 08:45 A.M. Dept 1    Yolanda Northridge
Master Jury Trial

Page: 4
Rundate : 12/17/20..

| No. | Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|-----|----------|-----------|-------------------|------------------|-------|
| 21. | RG09474830 | The Bank of New York as Trustee for the Cer<br>PLT : The Bank of New York as Trustee for the Certific<br>DEF : Kaylynn Ozuor-Olds | Complaint Unlawful Detainer<br>ATT: Partridge, William L<br>Pro-Per | RCD | Continued |
| 22. | RG09478376 | Deutsche Bank National Trust Company VS Lev<br>PLT : Deutsche Bank National Trust Company<br>DEF : Joshua C Levine<br>DEF : Joshua C. Levine | Complaint Unlawful Detainer<br>ATT: Stocking, Ryan W.<br>Pro-Per<br>Pro-Per | RCD | Continued |
| 23. | RG09478913 | Nguyen VS Knighton<br>PLT : Binh Nguyen<br>DEF : Laura Knighton | Complaint Unlawful Detainer<br>ATT: Nagy, Edward A.<br>Pro-Per | RCD | Scheduled |
| 24. | RG09479091 | Community Fund LLC VS Miller<br>PLT : Community Fund LLC<br>DEF : Edward Miller | Complaint Unlawful Detainer<br>ATT: Nagy, Edward A.<br>Pro-Per | RCD | Continued |
| 25. | RG09480381 | RMD Services I, LLC VS Van Arsdale<br>PLT : RMD Services I, LLC<br>DEF : Kenya Van Arsdale<br>DEF : Franquois Anderson | Complaint Unlawful Detainer<br>ATT: Shepherd, Michael<br>ATT: Beatty, Chris | RCD | Continued |
| 26. | RG09480355 | Washington Mutual Bank VS Stoute<br>PLT : Washington Mutual Bank<br>DEF : Patrick Stoute | Complaint Unlawful Detainer<br>ATT: Naiman, Randall D.<br>ATT: Lane, Laura | RCD | Scheduled |
| 27. | RG09480626 | Zhang VS Stearne<br>PLT : Jintang Zhang<br>DEF : Pamela Stearne | Complaint Unlawful Detainer<br>ATT: Lan, Gerard<br>Pro-Per | RCD | Scheduled |

Report Id : Calendar - Daily Calendar

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Dav...on Alameda County Courthouse
Calendar For : 12/18/2009 08:45 A.M. Dept 1   Yolanda Northridge
Master J... Trial

Run...ge: 5   ...:12/17/200

| No. Case.No. | Case Title | Reason On Calendar | Filing Notes / Location |
|---|---|---|---|
| 28 RG09481560 U.S. Bank, N.A., trustee for Lehman Brother... <br> PLT : U.S. Bank, N.A., trustee for Lehman Brothers- BN <br> DEF : Pese Sosi | Complaint Unlawful Detainer <br> ATT: Naiman, Randall D. <br> Pro-Per | RCD Scheduled | |
| 29 RG09481673 Rothschild VS Golden <br> PLT : Peter Rothschild <br> DEF : Yolanda Golden | Complaint Unlawful Detainer <br> ATT: Nagy, Edward A. <br> Pro-Per | RCD Scheduled | |
| 30 RG09481710 Laws VS Miller <br> PLT : Lee Laws <br> DEF : Linda Miller | Complaint Unlawful Detainer <br> Pro-Per <br> Pro-Per | RCD Scheduled | |
| 31 RG09481796 Pineda VS Hernandez <br> PLT : Teresa Pineda <br> DEF : Max Hernandez | Complaint Unlawful Detainer <br> ATT: Whitman, David B. <br> ATT: Beatty, Chris | RCD Continued | |
| 32 RG09482003 Geen VS Dillon <br> PLT : Art Geen <br> DEF : Gwendolyn Dillon | Complaint Unlawful Detainer <br> ATT: Nagy, Edward A. <br> ATT: Bracamontes, Michael R. | RCD Scheduled | |
| 33 RG09482265 Clark VS Norman <br> PLT : Brian Clark <br> DEF : Arin Norman | Complaint Unlawful Detainer <br> ATT: Nagy, Edward A. <br> Pro-Per | RCD Scheduled | |
| 34 RG09482571 301 East O'Keefe LLC VS Cary <br> PLT : 301 East O'Keefe, LLC <br> DEF : Annette Cary | Complaint Unlawful Detainer <br> ATT: Rothbard, Todd <br> Pro-Per | RCD Continued | |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Calendar For : 12/18/2009 08:45 A.M, Dept 1    Yolanda Northridge
Master Jury Trial

Page: 6
Rundate :12/17/20C

| No. Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|---|---|---|---|---|
| 35. RG09482296 Prana Associates Twenty One, LP VS. Baadee | PLT : Prana Associates Twenty One, LP<br>DEF : Yahya Al Baadee<br>DEF : Yahya Al Baagee | ATT: Nagy, Edward A.<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |
| 36. RG09481009 U.S. Bank, National Association as Trustee | PLT : U.S. Bank, National Association as Trustee for W<br>DEF : Nelson Cruz<br>DEF : Karen Ortiz<br>DEF : Luis Hernandez<br>DEF : Nora Barrios | ATT: Naiman, Randall D.<br>Pro-Per<br>Pro-Per<br>Pro-Per<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |
| 37. RG09483330 Truckee Zurich Place, LLC VS Henson | PLT : Truckee Zurich Place,LLC<br>DEF : Kia'Ora Henson | ATT: Nagy, Edward A.<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |
| 38. RG09483386 Yuen VS Castello | PLT : Wing Lun Yuen<br>DEF : Regina Castello | ATT: Uchiyama, Karen Y.<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |
| 39. RG09483899 Eclipse Property Management VS Shuman | PLT : Eclipse Property Management, Inc.,<br>DEF : Preston D Shuman<br>DEF : Shuman Enterprises, Inc. | ATT: Fertig, Gary L.<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |
| 40. RG09483902 Don Magalhaes, Court Appointed Receiver VS | PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Jimmie Howard | ATT: Perry, Verne A.<br>Pro-Per | Complaint Unlawful Detainer | RCD Scheduled |

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Master Calendar Trial
Calendar For : 12/18/2009 08:45 a.m. Dept 1    Yolanda Northridge

Report Id : Calendar - Daily Calendar

Run Date : 12/17/20
Page: 7

| No. | Case.No. | Case Title | Reason On Calendar | Filing Notes Location |
|-----|----------|-----------|-------------------|----------|
| 41. | RG09484306 | Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Esteban Hernandez | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per | RCD | Scheduled |
| 42. | RG09484307 | Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Alette Pittman | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per | RCD | Scheduled |
| 43. | RG09484308 | Don Magalhaes, Court Appointed Receiver VS<br>PLT : Don Magalhaes, Court Appointed Receiver<br>DEF : Mia Smith<br>DEF : Mia Smith | Complaint Unlawful Detainer<br>ATT: Perry, Verne A.<br>Pro-Per<br>Pro-Per | RCD | Scheduled |
| 44. | RG09499379 | Omar Ortega VS Woods<br>PLT : Omar Ortega<br>DEF : Kristin Woods | Complaint Unlawful Detainer<br>Pro-Per<br>Pro-Per | RCD | Scheduled |

```
                    COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
                                        Master Court Trial
                    Calendar For : 12/18/2009 08:46 A.M. Dept. 1  Yolanda Northridge
```

| No. | Case.No. | Case Title | Reason On Calendar | Filing Notes Location |
|-----|----------|------------|-------------------|------------------------|
| 1 | FP06293455 | In re: 2002 RONALD DWAIN MORRIS REVOCABLE T | Petition re Trust | FHJ |
|   |          | PET : MICHELLE DOYLE | ATT: Triay, Charles A | Scheduled |
| 2 | FP06293455 | In re: 2002 RONALD DWAIN MORRIS REVOCABLE T | Petition re Trust | FHJ |
|   |          | PET : MICHELLE DOYLE | ATT: Triay, Charles A | Scheduled |

```
                                                                      Page: 8
                                                          Rundate :12/17/20
```

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse
Civil Court Trial
Calendar for : 12/18/2009 09:00 A.M. Dept 1   Yolanda Northridge

Run Date : 12/17/20
Page: 9

| No. | Case.No. | Case Title | Reason On Calendar | Filing Location | Notes |
|-----|----------|------------|--------------------|-----------------|-------|
| 1 | RG09442927 | State of California In Re: Currency of $78, | Petition for Asset Forfeiture | RCD | Schedule. |
| | | PET : State of California | ATT: Cuellar Jr., Armando G. | | |
| 2 | RG09470652 | The People of the State of Ca In Re: One 20 | Petition for Asset Forfeiture | RCD | Schedule. |
| | | DEF : One 2007 Mercedes-Benz S550 Automobile | | | |
| | | PET : The People of the State of California | Pro-Per | | |
| 3 | RG09474207 | Dong VS Quashasha | Complaint Unlawful Detainer | RCD | Continue. |
| | | PLT : Hi-Suk Dong | ATT: Disston, Leeds | | |
| | | DEF : Saleh Quashasha | Pro-Per | | |

Report Id : Calendar - Daily Calendar

COUNTY OF ALAMEDA : Rene C. Davidson Alameda County Courthouse

Report Id : Calendar - Daily Calendar

No. Case.No.      Case Title                          Reason On Calendar                    Filing Notes,
                                                                                             Location

PET: Jennifer Haggerty              Pro-Per
RESP: Lance Cpl. Adam Dickinson     Pro-Per

Request for Order - Domestic Violence Prevention    GSH    Schedulec

B 6F (Official Form 6F) (12/07) - Cont.

**In re** Robert Eberwein                    ,          **Case No.** 10-40860- edj 13
         **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>2316/2324 lakeshore oakland california | | | pite and duncan, miles legal want no rents so they can get around the rent boards | | | | 0.00 |
| ACCOUNT NO.<br><br>171 Camino del sol, 410 whitney,  vallejo cal | | | insurance paying rent housing not finished over year Janika Mcclough contracted with 394717 | | | | |
| ACCOUNT NO. BG09481718<br><br>PG & E 3109 king street a b c d Berkeley Ca, 1853 9th ave joint account | | | 2005-2010 | | | | 1,000.00 |
| ACCOUNT NO.<br><br>EBMUD 3109 king street a.b, c d Berkeley ca | | | 11 2005-201- | | | | |
| ACCOUNT NO.<br><br>EBMud 1853 9th ave 1, 2, 3, 4 oakland ca | | | 2005-2010 | | | | |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ |

Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Robert Eberwein_____,        Case No. __10-40860- edj 13_____
           **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> berkeley parking tickets, property taxes, abatement liens | | | | | | | 0.00 |
| **ACCOUNT NO.** <br><br> oakland parking tickets, city property taxes, abatement liens | | | insurance paying rent housing not finished over year Janika Mcclough contracted with 394717 | | | | |
| **ACCOUNT NO.** BG09481718 <br><br> solano county property taxes 171 camino del sol, 410 whitney vallejo | | | 2005-2010 | | | | |
| **ACCOUNT NO.** <br><br> 2316/2324 lakeshore 1-21 property taxes condominun | | | 11 2005-201- | | | | |
| **ACCOUNT NO.** <br><br> | | | 2005-2010 | | | | |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                    Subtotal➤ | $ |

                                                                                          Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Robert Eberwein                    ,          Case No.  10-40860- edj 13
           **Debtor**                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1853 9th Avenue Oakland California Alameda county sheriff files, pite and duncan mortgage evictions predatory lender 15 state attorney general buyback george pappas vs countyrwide | |
| 3109 King Street Berkeley California Bank of New York as Trustee for certificateholders CWALT 2005-41 (Bank of America Refinance of Richard Texas | |
| 171 Camino Del Sol Vallejo California David Endres with Pite and Duncan Eviction Attrorney, Hal Hutchens Affiliated Brokers and Property Assest Management, AAA Insurance | |
| Alameda County Superior Court Class Action Mortgage unilawful detainers 12/04/09-01/31/10 see attacheded ramona choice, brian coleman et al Pin Lian Tu Lakeshore View homeowners Association, Fremont Home Loan Trust | |
| 2361 Mission Street 125, San Franciisco Ca 525 South Van Ness Misssion Hotel San Franciso California Lehman Brothers Bankruptcy sept 2008 05-CV-07097 Ameriquest Mortgage | |
| 7502 Bellini Way Sacramento, ert al Patricia Cutler Region Seventeen Trustee Sara Kistler retaliation against Chaledeeannka Document Preparer Goyens 06-3129 USBC NDCA 06-3130 vexatious litigant motion against Cutler | |

B 6H (Official Form 6H) (12/07)

In re __Robert Eberwein_____ ,                                    Case No. __10-40860- edj 13_____
        **Debtor**                                                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| michael and marisa sigala | |
| bank of new york as trustee for cwalt 2005-41 | |
| city of berkeley | |
| city of berkeley police | |
| prudiential realty | |
| intero realty | |
| berkeley housing authority | |
| thomas swihart | |

B6I (Official Form 6I) (12/07)

In re _Robert Eberwein_____ ,          Case No. _10-40860- edj 13_____
                     **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): | | AGE(S): |
| **Employment:** | **DEBTOR** | **SPOUSE** | |
| Occupation unemployed temporary employee | | | |
| Name of Employer Randstad temporary agent | | | |
| How long employed | | | |
| Address of Employer | | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ | $ |
| 3. SUBTOTAL | $ | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify): _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 2,474.00 | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify):_chaledeeannka goyens_ | $ 1,290.00 | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify)_food stamps_ | $ 225.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

the propertys are in state court and mortgage debt collectors refused to repair asbestos and sick building syndrome at lakeshore, whitney AAA insurance, prudential realty locked out and brought unlawful detainers

B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re:  Robert Eberwein _____ ,        Case No.  10-40860- edj 13 _____
           Debtor                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                             SOURCE

                                 locked out NUMMI Toyota 12/11/09 unemployment 450.00 under appeal, applied for welfare general assistance got foodstamps

2

**2.   Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

$225.00        food stamps alameda county

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| EBMUD 375 11th Oakland Ca 94612- | | 350.00 | |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Gilman Auto, Copy Central, Court Fees, Attorney Fees, Bell Plumbing, American Air Testing | | | |

3

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

attorneys, occupants 3109 king st 250.00
BG05244910, Countrywide, Fremont Home

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

BG07353412, USBC ,
predatory lender suit

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

car, wages, unemployment, taxes, pensions, equity, pension

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

1853 9th ave, 3109 king st, see court
class action alameda county 200-2010

intellectual properties, friendships, consortium,

4

### 6. Assignments and receiverships

None ☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| CWALT, Fremont Home Loan Trust assigned to Glen Navis Attorney | | |

None ☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| see all bankruptcy cases nationwide pacer 0039, 6021, 60, | usdcndill 05-cv-07097 | | buyback non-borrower |

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| 300.00 is phone bill which i pay rent is 300.00 paid by welfare | parent | | |

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 410 whitney, lakeshore, 9th ave, 3109 king, | AAA, Farmers, Error and Omission Lehman Brothers Bankruptcy Attorney General | 09/01/2009 |

5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| our insurance farmers paid 250,000.00 alleged because 394717 | 11/19/2008 | mortgage insurance payment farmers |

### 10. Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| our insurance did not pay, city did not abate and fix trustor defaulted predatory le | | intellectual properties, health , consortium, healthy buildings |

None
☐

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| our trustee abandoned did not defend Sara Kistler run name through pacer | 20002010 | millions, and health, childrens, vehicles |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Hal hutchens locked out Phina Christentery Prudential | 1853 9th ave RG08428564, 573 3109 king st BG09483364, 62, 1718 | 07/22/2008 09/17/2009 |

6

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| CWALT 2005-41, Fremont home loan trust may 2006 | Paul.H.White@jpmorgan.com Bank of new york | predatory lender buybk | 09/15/2008 |

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Farmers insurance insuror on all locations paid 185,000.00 to occupants, 08/30/09 not paid | | 435,000.00 |

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| 3109 king st berkeley, 1853 9th ave oak, classaction 171 caminodelsol | sick building syndrome 450,000. paid in cash, AAA insurance predatory len | |

### 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3109 king A(202, B, C, D, Berkeley | 394717 04/19/07 388883 12/06/06 | 08/2009 |
| 1853 9th Ave 1, 2, 3, 4 oakland ca 94606-3019 | 394717 04/19/07 | 008/2005 1-4, 06/061-4 |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

california, wisconsin,

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| 3109 king st et al | | | |

None
☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| 3109 king st berkeley ca | state of california structual pest control, city of berkeley | | |

None
☐

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| see attached Alameda County, 15 state attorney general lawsuit USBC 1-9th cir | | |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | 6024,6021, 0039, 3672, 3059, Et Al | | | |

None ☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

       NAME             ADDRESS

alameda county superior court solano
superior court 1-9th circuit class actio

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

       NAME AND ADDRESS                                          DATES SERVICES RENDERED

martha bronitsky, cholakian law firm, usbc jan johnson,
patricia cutller, irs sacramento child support, irs

None ☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

       NAME                      ADDRESS                         DATES SERVICES RENDERED

martha bronitsky, alameda
county sheriff file, uscb 1-9

9

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

pite and duncan, miles legal, fire insurance
exchange, patricia culter usbc 1-9th circuit

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

chase, washington mutual, hsbc,

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

contaminated see american air

None ☐  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ☐  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

10

**22 . Former partners, officers, directors and shareholders**

None ☐

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Kamaal R Goyens, Henry C Williams Chaledeeannka DAWGBE, R Eberwi | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None ☐

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| Job Training Development Dr Henry C Williams Sr | |

**25. Pension Funds.**

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| 401 K PLAN | 6021-Randstad Temporary, Labor Ready |

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 02/10/2010 | Signature of Debtor | Robert Eberwein |
|---|---|---|---|

| Date | | Signature of Joint Debtor (if any) | |
|---|---|---|---|

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| Date | 02/10/2010 | Signature | |
|---|---|---|---|

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| Robert Eberwqein | 546356024 |
|---|---|
| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

3109 king street a,b,c,d berkeley,ca 611 613 n p
street livermore 1853 ninth ave 1,2,3,4 oakland,ca

| Robert Eberwein | 02/10/2010 |
|---|---|
| Signature of Bankruptcy Petition Preparer | Date |

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

FILED
ALAMEDA COUNTY

FEB 1 0 2025

CLERK OF THE SUPERIOR COURT
By _____ Deputy

1  P/  Robert Eberwen  (61)
2  M  Kl  (. 154340)
3  Fl  ~robnton~

6  Attorneys for Defendant,
   MAURICIO TORRES

8  SUPERIOR COURT OF UNLIMITED JURISDICTION
9  STATE OF CALIFORNIA
10  ALAMEDA COUNTY

12  Keshaville            ) Case No.: 24 CV 102467
13  DBA WASHINGTON        ) (Assigned JUDGE E WILEY
    IN SUB              ) Department 52
14                       ) PROOF OF SERVICE
15  ROBERT D EBERN       ) 170, 1,2,3,4,5 6 7 8
16  GOYEN Bell V         ) OC MAN  9 Premptory
18  INSIGHT, BOSS        ) Challenge Jud
19  V Payew  AND DUES 1-50) Bigs and Change
    Defendants.          ) Sworn in
24  I, MARY WOODWARD, declare:   I Challenge Jude W/a

25  I am over the age of eighteen years and not a party to the within action. I am employed by
26  the law firm of French Lyon Tang, 1550 Parkside Drive, Suite 250, Walnut Creek, California
27  94596.

-1-

PROOF OF SERVICE

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA

### 23CV039364: ESTATE vs US BANK TRUST NATIONAL ASSOC. SOLEY AS TRUSTEE OF THE TRUMAN, et al.

### 12/12/2023 Hearing on Demurrer CRS; filed by Maurico Torres (Defendant) in Department 15

If by ZOOM, see link below.

Join ZoomGov Meeting
https://alameda-courts-ca-gov.zoomgov.com/j/16116905917
Meeting ID: 161 1690 5917
Passcode: 315

*Keshaun Vs Gayans*

**MEMORANDUM OF POINTS AND AUTHORITIES**  *Terry Wiley*

## I. THE COURT MAY SHORTEN THE TIME FOR GIVING WRITTEN NOTICE OF MOTION.

*170. 1,2,3,4,5,6 - 9  IN R TRIAL*

   A. Application for Shortening Time. The court, or a judge of the court, may prescribe a time shorter than that prescribed by Section 1005(b) of the Code of Civil Procedure for the giving of written notice of motion ( Code Civ. Proc. § 1005(b) ), either sua sponte or on application supported by a declaration showing good cause [ Cal. Rules of Ct., Rule 3.1300(b) ].

   In this case good cause exists, as demonstrated in the attached declaration.

Respectfully submitted,

Dated: .

_____
Signature
Typed name, In Pro Per

*We challenge*

*Wherefore we pray for Relief that Dept 521 at 1100 Am, change of the Mont for Jerry Tk, Feb 5, Feb 10 Dept 511 assign*

EX PARTE APPLICATION FOR ORDER _____ ; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION IN SUPPORT

3



**DEPARTMENT OF VETERANS AFFAIRS**
VA FIDUCIARY INTAKE
PO BOX 5211
JANESVILLE, WI 53547-5211

November 19, 2024

CHALEDEEANNKA GOYENS
495 10TH ST ROOM 309
OAKLAND CA 94612

In Reply Refer To: 341/JAS
551063672
GOYENS, CHALEDEEANNKA

Dear <Beneficiary First Name> <Beneficiary Last Name>:

This letter is to inform you that the Department of Veterans Affairs (VA) has decided who
will serve as your fiduciary.

## What We Decided
After careful conducting a field examination, we have decided that your interests will be
best served by appointing a fiduciary.

## How We Made Our Decision
VA completed an investigation prior to appointing your fiduciary in line with 38 U.S.C.
5507. As a part of that investigation, when applicable, VA considered your fiduciary's
individual credit and criminal history, an interview was conducted, and evidence of a bond
was obtained.

## Fiduciary Information
Your fiduciary is obligated to act with care and loyalty in managing your benefits. Your
fiduciary is responsible to utilize your VA benefit and prioritize the payment of expenses
according to the best interests of you, and any applicable your dependents.

Your fiduciary's contact information is:

**SILICON VALLEY FIDUCIARY GROUP LLC**
**PO BOX 5670**
**SAN JOSE CA 95150**
Telephone: **(408)-899-4980**
Email: **michael@svfgrp.com**

## Monthly Income and Expenses
During the field examination interview, your monthly expenses were identified and
discussed with you. Based on the field examination interview, the following expenses
have been reported to your fiduciary:

| Estimated Monthly Income | |
| --- | --- |
| VA Income | $2300.00 |
| Social Security | $1108.60 |
| Total Income | Total Income $3408.60 |
| **Estimated Monthly Expenses** | |
| Expense | Expense Monthly Amount |
| SMIB Deduction | $209.60 |
| Fiduciary Fee | $92.00 |
| Lodging/Rent/Feeod/Personal Items | $2208.00 |
| Debt owed to Washinton Inn CAH52, Balance $10k+ | To be determined |
| Total Expenses | Total Monthly Expenses $2509.60 |

If you have additional expenses not listed here, please inform your fiduciary.

Please forward all billing statements for the above recurring expenses to your fiduciary so that the necessary arrangements to pay your expenses in a timely manner can be made. Be sure to tell your fiduciary if you move, go to jail or prison, get a job or stop working, get married or add a dependent, or are admitted to a hospital.

If you should disagree with our fiduciary selection, you should write and tell us why and whom you prefer to be your fiduciary. Please review the below information regarding your appellate rights:

# What You Should Do If You Disagree With Our Decision

If you should disagree with our decision, you should write and tell us why.

If you disagree with our decision, you have three options:

- Supplemental Review
- Higher-Level Review
- Appeal to the Board

If you disagree with our decision and have new and relevant evidence to submit, you may choose to file a request for Supplemental Review. New and relevant evidence is evidence that was not on record when VA made the decision with which you disagree. This option allows VA to conduct a review of the new and relevant evidence in conjunction with the evidence on file at the time of the original decision. Please submit a written request for a Supplemental Review and submit any new and relevant evidence to the address within this letter.



**Washington Inn (CAH52)**

495 10th Street
Oakland, CA 94607
(510) 452-1776
CAH52@stayatchoice.com

| | |
|---|---|
| Account: | 942792801 |
| Date: | 12/02/24 |
| Room: | 309   BAR |
| Arrival Date: | 12/02/24 |
| Departure Date: | 12/09/24 |
| Check In Time: | 12/02/24 |
| Check Out Time: | |
| Rewards Program ID: | gm |
| You were checked in by: | gm |
| You were checked out by: | $0.00 |
| **Total Balance Due:** | |

Insight Housing
Goyens, Chaledeeannk
1234
Oakland, CA 94607

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 12/02/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/02/24 | State Tax | | $14.00 |
| 12/02/24 | Tourism Tax | | $0.00 |
| 12/03/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/03/24 | State Tax | | $14.00 |
| 12/03/24 | Tourism Tax | | $0.00 |
| 12/04/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/04/24 | State Tax | | $14.00 |
| 12/04/24 | Tourism Tax | | $0.00 |
| 12/05/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/05/24 | State Tax | | $14.00 |
| 12/05/24 | Tourism Tax | | $0.00 |
| 12/06/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/06/24 | State Tax | | $14.00 |
| 12/06/24 | Tourism Tax | | $0.00 |
| 12/07/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/08/24 | State Tax | | $14.00 |
| 12/08/24 | Tourism Tax | | $0.00 |
| 12/09/24 | Room Charge | #309 Goyens, Chaledeeannk | $100.00 |
| 12/09/24 | State Tax | | $14.00 |
| 12/09/24 | Tourism Tax | | $0.00 |

| 12/09/24 | Direct Bill | | ($798.00) |
|---|---|---|---|

**Folio Summary   6/12/24 - 16/2/24**

| | | |
|---|---|---|
| Room Charge | | $700.00 |
| State Tax | | $98.00 |
| Tourism Tax | | $0.00 |
| | | ($798.00) |

How Do I Sign Up?
1. From your Internet browser:
    a. **UC Davis Health patients** go to:
        i. https://mychart.ucdavis.edu
2. From your mobile device:
    a. **UC Davis Health patients** go to:
        i. MyUCDavisHealth for iOS Devices
        ii. MyUCDavisHealth for Android Devices
3. Click on the *"Sign Up Now"* button. Then click the Yes, I have a code button.
4. Enter your 15 digit Activation Code exactly as it appears below. You will not need to use this code again after you have completed the sign-up process. If you do not sign up before the expiration date, you must request a new activation code.
5. MyUCDavisHealth Activation Code: Activation code not generated
6. Current MyChart Status: Account disabled
7. Enter your Medical Record Number and Date of Birth as indicated and click Submit. You will be taken to the next sign-up page.
8. Create a Username. This will be your login ID and cannot be changed, so think of one that is secure and easy to remember.
9. Create a password. You can change your password at any time.
10. Enter your Password Reset Question and Answer. This can be used at a later time to retrieve your password, if you forget it.
11. Enter your email address. You will receive email notifications when new information is available.
12. Click Sign Up. You can now view your medical record.

Please scan the following QR codes to **download the MyUCDavisHealth app:**




Android



Apple/iOS

Download and use the MyUCDavisHealth application to make appointments, view upcoming appointments, review statements and make payments, and much more. Please scan the appropriate (based on your phone type) barcode to access the application for easy downloading.

## UC Davis Health Express Care

By accessing MyUCDavisHealth, you also have access to Express Care (UC Davis Health Virtual Urgent Care).  This is a great way to:

1) Receive care after leaving the Emergency Department

2) Obtain COVID testing or other routine tests

3) Obtain access urgent care services staffed by UC Davis physicians

Infectious Disease Screening & Vaccinations (continued)
M-F 8am-5pm, excluding holidays

**For TB testing:**
Mercy Clinic Loaves and Fishes
1321 St. Suite 22, Phone 916-874-2811
M-F 730am-3pm, excluding holidays

## Stanley-Brown Safety Plan
No data filed

## Coronavirus (COVID-19) Vaccination

If you would like a COVID vaccine, we would like to help.

Vaccine appointments with UC Davis Health can be scheduled through the MyTurn website (https://myturn.ca.gov/) or call 916-703-5555 between 8 AM and 5 PM Monday to Friday to be scheduled.

To get a COVID vaccine you, and anyone else in your family or community, can also:
1) Text your zip code to 438829 to get appointments near you.
2) Go to https://www.vaccines.gov/
3) Go to https://myturn.ca.gov/
4) Call the California COVID Hotline at 1-833-422-4255 (multiple languages)

If you have any questions, please ask your doctor on today's visit or your primary care doctor.



**Join the front line in the fight against the disease!**

Visit https://health.ucdavis.edu/participate to learn about how you can get involved in clinical trials at UC Davis Health and help advance the treatment of diseases such as yours.

Dear Chaldeeannka:

Welcome to **MyUCDavisHealth**.

As a UC Davis Health patient, you can use MyUCDavisHealth (formerly MyChart®) to securely and confidentially communicate with your care team, review your medical record, and much more – all from your computer, tablet and smartphone.

Please follow the instructions below to securely access your MyUCDavisHealth medical record.

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 201326 | FOR COURT USE ONLY |
|---|---|---|

NAME: Timothy A. Larsen
FIRM NAME: Attorney at Law
STREET ADDRESS: 1032 East 14th Street
CITY: San Leandro     STATE: CA     ZIP CODE: 94577
TELEPHONE NO.: (510) 238 - 9333     FAX NO.:
EMAIL ADDRESS: tlarsenlaw@gmail.com
ATTORNEY FOR (name): Plaintiff MAURICIO TORRES

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: MAURICIO TORRES

DEFENDANT: LIONEL E. TANNER, et al.

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
04/11/2024
Chad Finke, Executive Officer / Clerk of the Court
By: _A. Khan_ Deputy

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: 24CV071391 |
|---|---|

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*
  - *Serve this form and any attachments to it with the summons.*
  - *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
  - *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF (name each):
   MAURICIO TORRES

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):
   LIONEL E. TANNER

2. Statutory cover sheet allegations (Code Civ. Proc., § 1179.01.5(c))
   a. This action seeks possession of real property that is (check all that apply)     [X] residential.     [ ] commercial.
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)
   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges.  [ ] Yes  [X] No

3. [ ] Statements regarding rental assistance (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)
   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?  [ ] Yes  [ ] No
   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing after the date of the notice underlying the complaint?  [ ] Yes  [ ] No
   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?  [ ] Yes  [ ] No
   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint?  [ ] Yes  [ ] No

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. January 1, 2024]

PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER

Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(e)
www.courts.ca.gov

DocuSign Envelope ID: 2FC83372-C7A3-47B2-B59C-5438EC39F96C

UD-101

| PLAINTIFF: MAURICIO TORRES | CASE NUMBER: |
|---|---|
| DEFENDANT: LIONEL E. TANNER, et al. | |

4. ☐ Other allegations Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)*  ☐ Other allegations are on form MC-025.

5. ☐ Number of pages attached *(specify):*

Date: April  9 , 2024

Timothy A. Larsen
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April  04/08/2024

MAURICIO TORRES
_____
(TYPE OR PRINT NAME)

▶ Mauricio Torres
_____
8090125A1490495... (SIGNATURE)
DocuSigned by:

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address).*          MC–050

Paul F. Utrecht (SBN 118658) Ray Yetka (SBN 286829)
Utrecht & Lenvin, LLP
235 Montgomery Street, Suite 610, San Francisco, CA 94104
TELEPHONE NO.: (415) 357-0600    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* ryetka@ullawfirm.com
ATTORNEY FOR *(Name):* Plaintiff Keshava, LLC d/b/a The Washington Inn

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Hayward 94544
BRANCH NAME:  Hayward Hall of Justice

CASE NAME:
Keshava, LLC v. Chaledeeannk Goyens, et al.

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
02/04/2025 at 10:15:57 AM
By: Sandra Rodriguez,
Deputy Clerk

CASE NUMBER:
24CVL02467

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Keshava, LLC          makes the following substitution:

1. Former legal representative ☐ Party represented self ☑ Attorney *(name):* Carson C. Newton
2. New legal representative ☐ Party is representing self* ☑ Attorney
   a. Name: Ray Yetka
      b. State Bar No. *(if applicable):* 286829
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      Utrecht & Lenvin, LLP, 235 Montgomery Street, Suite 610, San Francisco, CA 94104

   d. Telephone No. *(include area code):* (415)357-0600
3. The party making this substitution is a  ☑ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other *(specify):*

*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES

   • Guardian          • Personal Representative          • Guardian ad litem
   • Conservator       • Probate fiduciary                • Unincorporated
   • Trustee           • Corporation                         association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form
to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

NOTICE TO PARTIES WITHOUT ATTORNEYS
A party representing himself or herself may wish to seek legal assistance. Failure to take
timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: February 3, 2025
   Keshava, LLC                                                          , Manager
   _____                              _____
   (TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date:
   Carson C. Newton
   _____                              _____
   (TYPE OR PRINT NAME)                                        (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: Jan 31 2025
   Ray Yetka
   _____                              _____
   (TYPE OR PRINT NAME)                                        (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 (Rev. January 1, 2009)          SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)          Page 1 of 2
Code of Civil Procedure, §§ 284(1), 285,
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC–050

| CASE NAME: | CASE NUMBER: |
|---|---|
| Keshava, LLC v. Chaledeeannk Goyens, et al. | 24CV102467 |

### PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

   Utrecht & Lenvin, LLP 235 Montgomery Street, Suite 610 San Francisco, CA 94104

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: February 4, 2024      (2) Place of mailing *(city and state)*: San Francisco

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 4, 2024

Michelle Chan
_____
(TYPE OR PRINT NAME)                                            (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Robert Eberwein
   b. Address *(number, street, city, and ZIP)*:
      495 10th Street Oakland, CA 94607

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐  List of names and addresses continued in attachment.

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lionel E. Tanner Jr. dba | RECEIVED |
| LIONEL EUGENE TANNER JR TRUST | |
| 4400 KELLER AVE #142 OAKLAND, CA 94605 | |
| health_tanner@yahoo.com | |
| TELEPHONE NO.:    FAX NO. (Optional): | 2025 FEB 11  A 8: 49 |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | CLERK ..... 'T COURT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | NO. DIST. OF CA. |
| STREET ADDRESS: 24405 Amador Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Hayward. Ca | |
| BRANCH NAME: Hayward Hall of Justice | |

PLAINTIFF/PETITIONER: TORRES

DEFENDANT/RESPONDENT: TANNER

| | CASE NUMBER: |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | 23CV046198 |
| | JUDGE: Thomas Weather |
| | DEPT.: 511 |

**To the court and to all parties:**

1. Declarant (name):  Lionel E. Tanner Jr dba   LIONEL EUGENE TANNER JR TRUST

   a. ☒ is  ☒ the party  ☐ the attorney for the party  who requested or caused the stay.

   b. ☒ is  ☒ the plaintiff or petitioner  ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☑ With regard to the following parties (specify by name and party designation): Bk 7 cn# 2240338, Bk 13 cn# 2240488,

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)

   b. ☒ Order of a federal court or of a higher California court. (Attach a copy of the court order.) 24-5891 COA 9th Cir

   c. ☑ Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order directing arbitration.)

   d. ☒ Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)

   e. ☒ Other: RP23141563, 24CV067055, 24CV091199 etc    DISTRICT CASE# 3:24-CV-04703 NGT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: nunc pro tunc    2/3/25

Lionel-Eugene Jr.Tanner
_____
(TYPE OR PRINT NAME OF DECLARANT)

by Lionel Tanner   A.A.R    WITHOUT    Prejudice
_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Page 1 of 1

Cal. Rules of Court, rule 3.650
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]   [Save this form]    [Clear this form]

**DEPARTMENT OF VETERANS AFFAIRS**

September 22, 2023

In Reply Refer To:  330/22PMC09/JLB
CSS 551 06 3672
GOYENS, Chaledeeannka

CHALEDEEANNKA GOYENS
7520 BELLINI WAY
SACRAMENTO, CA 95828

Dear Mrs. Goyens:

### IMPORTANT – Reply Needed

This is a two part letter: Award and Proposal. Please read each section carefully.

# Award

We are writing to you about your entitlement to Veterans pension benefits.

## What Did We Decide?

Entitlement to aid and attendance is granted June 5, 2023, payable from July 1, 2023.

- A finding of incompetency is proposed.

We show that you have a claim pending for income adjustment. The claim is still under review and you will receive a separate letter regarding this decision.

## How Did We Make Our Decision?

We enclosed a copy of our Rating Decision for your review. It provides a detailed explanation about our decision. You can find the evidence we considered in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We considered the following evidence when making our decision:

- All the evidence of record

2

CSS 551 06 3672
Goyens, Chaledeeannka

## What Is Your Monthly Benefit?

| Rate Entitled | Rate Paid | Amount Withheld | Effective Date | Reason |
|---|---|---|---|---|
| $2,229.00 | $1,336.00 | $893.00 | Jul 1, 2023 | Aid and attendance granted, Fiduciary withholding |
| 2,229.00 | 2,229.00 | 0.00 | Oct 1, 2023 | Stop withholding |

We're paying you as a single veteran with no dependents.

Your monthly rate includes an aid and attendance allowance because you need another person's constant help in conducting your daily activities.

## Why Are We Withholding Benefits

While we continue processing your award, we will start sending to you a regular monthly benefit check in the mail OR in the bank account you have specified on your application. You should receive this payment on or around the 1st of November. You will continue to receive a monthly benefit check - on or around the 1st of each month - until the VA does a final rating of incompetency and appoints a fiduciary for you. A fiduciary is someone the VA appoints to be responsible for your pension benefits.

Additionally, we show that the VA owes you some retroactive payments. These are payments due to you from your date of claim until the date that we started issuing your increased monthly benefit checks. If you are found incompetent by the VA, these retroactive payments will be released in the future to your fiduciary. However, if you are found competent, these funds will be released directly to you.

## How We Figure Your Pension

Your pension rate depends on your income and the number of dependents.

Medical expenses that you paid may be used to reduce the income we count. Please keep receipts for your medical expenses. We may need them.

3

CSS 551 06 3672
Goyens, Chaledeeannka

## What Are Your Responsibilities?

You should tell us right away if any <u>one</u> of the following happens:

- your income changes (i.e., earnings, Social Security Benefits, lottery winnings)
- you gain a dependent
- your net worth increases (cash, bank accounts, investments, and real estate except your home
- you move

We attached a VA Form 21-8768 (Disability Pension Award Attachment) which explains certain factors concerning your benefits.

## What You Should Do If You Disagree With Our Decision

If you do not agree with this decision, you have one year from the date of this letter to select a review option to preserve your earliest effective benefit date. The review options and their proper applications are as follows, for a(n):

- **Supplemental Claim**, complete **VA Form 20-0995**, *Decision Review Request: Supplemental Claim.*
- **Higher-Level Review**, complete **VA Form 20-0996**, *Decision Review Request: Higher-Level Review.*
- **Appeal to the Board**, complete **VA Form 10182**, *Decision Review Request: Board Appeal (Notice of Disagreement).*

Please see the enclosed VA Form 20-0998, *Your Rights To Seek Further Review Of Our Decision.* It explains your options for an additional review. You may obtain any of the required applications by downloading them from www.va.gov/vaforms/ or by contacting us. You can also learn more about the disagreement process at www.va.gov/decision-reviews. If you would like to obtain or access evidence used in making this decision, please contact us as noted below. Some evidence may be obtained by signing in at www.va.gov.

## Where to Send Your Written Correspondence





## DEPARTMENT OF VETERANS AFFAIRS
### Veterans Benefits Administration
### Regional Office


Chaledeeannka Govens

VA File Number
551 06 3672

Represented By:
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS
Rating Decision
12/04/2023


## INTRODUCTION

The records reflect that you are a Veteran of the Peacetime and Vietnam Era. You served in the Air Force from August 29, 1974 to January 1, 1980.


## DECISION

The claimant is not competent to handle disbursement of funds.


## EVIDENCE

- Rating Decision, dated September 18, 2023
- VA Letter issuing due process information, dated September 22, 2023


## REASONS FOR DECISION

Competency to handle disbursement of funds.



RECEIVED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

ROBERT DANIEL EBERWEIN and                    Chapter 11
CHALEDEEANNKA DEBORAH ANN                     Case No. 12-11580 (SHL)
WILLIAMS GOYENS-BELL EBERWEIN,

                         Debtors.

------------------------------------------------------------------x

TRACY HOPE DAVIS, as                          Adv. Pro. No. 12-01901 (SHL)
UNITED STATES TRUSTEE FOR REGION 2,

vs.                                           **Notice of Non-Objection to:**
                                              **(I) Application for Admission *Pro Hac***
CHALEDEEANNKA DEBORAH ANN                     ***Vice* and (II) Motion to Reopen**
     WILLIAMS GOYENS-BELL EBERWEIN,           **Adversary Proceeding and Remove**
dba CHALEDEEANNKA DOCUMENT                    **Paul Christensen as an A/K/A of**
     PREPARER GOYENS-BELL,                    **Defendant**
aka ALICE WINBORN
aka ALICE E. WINBORN,
aka ALICE ELIZABETH WINBORN,
aka ARTIS BELL,
aka ARTIS C. BELL,
aka BARBARA WOODS,
aka BLACK BAY,
aka C.D.P.G.,
aka C.D.P. GOYENS,
aka CHALEDEEANNKA D GOYENS,
aka CHALEDEEANNKA D.A GOYENS,
aka CHALEDEEANNKA DA GOYENS,
aka CHALEDEEANNKA DEBORAH ANN
     GOYENS,
aka CHALEDEEANNKA DEBORAH ANN
     GOYENS-BELL,
aka CHALEDEEANNKA DEBORAH ANN
     GOYENS-BELL (WILLIAMS),
aka CHALEDEEANNKA DEBORAH GOYENS,
aka CHALEDEEANNKA DOC PR GOYENS,
aka CHALEDEEANNKA DOC PRPR,

(caption continues on next page)

aka CHALEDEEANNKA DOCUMENT
     PREPARER GOYENS,
aka CHALEDEEANNKA GOYENS,
aka DEBORAH A. WILLIAMS,
aka DEBORAH ANN WILLIAMS,
aka DEE ANN GOYENS,
aka DEE ANN WILLIAMS-GOYENS,
aka FRED GOVENS,
aka FREDDIE GOYENS,
aka FREDDIE GOYENS, JR.,
aka GARLAND TYLER,
aka LIONS JUDAH SPIRITUAL WARFARE
     TRAINING MINISTRY,
aka O'LEVIA DE'AGAPE-D GOYENS,
aka O'LEVIA DE'-AGAGE-D'GOYENS,
aka O'LEVIA DEL-AGAPE GOYENS,
aka OLEVIA GOYENS,
aka ROBERT DANIEL EBERWEIN,
aka MICHELLE O'CONNOR,
aka PAUL CHRISTENSEN,
aka LISA SWAIN-MORRIS,
aka TRUSTOR FOR LEHMAN BROTHERS
     HOLDINGS,
aka PROPERTY ASSET MANAGERS,
aka 3109 KING ST. PROPERTY MGMT.,
aka C D A W G-B EBERWEIN ST.
     PROPERTY MANAGEMENT,
dba, VACA CITY TOW,

and

FEDELINA ROYBAL-ROYBAL DE AGUERO, and
FEDELINA ROYBAL DE-AGUERO 2008 TRUST,

                Defendants.

-----------------------------------------------------------------x

**Notice of Non-Objection to:**
**(I) Motion for Admission Pro Hac Vice, and**
**(II) Motion to Reopen Adversary Proceeding And**
**Remove Paul Christensen as an A/K/A of Defendant**

Pending before the Court are the Application for *Pro Hac Vice* Admission filed by Peter

Kutrubes (Dkt. No. 15), and the Motion to Reopen Adversary Proceeding and Remove Paul

Christensen as an A/K/A of Defendant, filed by Paul Christensen with related declarations. Dkt. No.

17-19. On February 3, 2017, the Court entered its Order Regarding Motion for Admission Pro Hac

Vice. Dkt No. 16. The Court has generously extended the United States Trustee's time to respond to

the Application and the Motion. Dkt. No. 22.

In her official capacity, Mr. Harrington's predecessor United States Trustee, Tracy Hope

Davis, was the original plaintiff in this Adversary Proceeding. Mr. Harrington, in his official

capacity, has now succeeded to Ms. Davis's rights as plaintiff and real party in interest. Fed. R.

Bankr. P. 7017(d).

The Office of the United States Trustee has reviewed the Application, as well as the Motion

and its related declarations. This Office has also reviewed its records in this Adversary Proceeding,

and the undersigned has consulted with Mr. Kutrubes, as counsel to Mr. Christensen. Based on those

reviews and discussions, the United States Trustee has no objection to the Application or to the

Motion.

Dated: New York, New York
     March 8, 2017          WILLIAM K. HARRINGTON
                      UNITED STATES TRUSTEE

             **By:**    ***/s/ Andrew D. Velez-Rivera***
                      Trial Attorney
                      U.S. Federal Office Bldg.
                      201 Varick Street, Suite 1006
                      New York, New York 10014
                      Tel. No. (212) 510-0500
                      Fax No. (212) 668-2255

1   YOUR NAME *Robert Eberwein*
    Street Address
2   City, State, Zip
    Phone Number (with area code)
3   Fax Number: if available
    Email: if available
4   *Robert Eberwein @*
5   *netzero.net*
6
7
8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                        FOR THE COUNTY OF ALAMEDA
10
11  Keshasva llc dba Washington Inn fbn Paresh Patel)   Case No.: emergrency motion nun pro unc 3
    Carlos Rosales, BOSS the lietenant, T Rouse Eric )   38 cfr g., false claim by paresh Patel and
12                          Plaintiff(s),            )   Carlos Rosales and T Rouse, BOSS Insight
                                                     )   housing retaitin after hearing 495 10 see
13          vs.                                      )   11192024 awqrd letter NOTICE OF
                                                     )   MOTION AND MOTION FOR STRIKING
14  Robert D Eberwein                                )   PORTIONS OF COMPLAINT)
                                                     )
15                                                   )   DATE: (date of hearing) 03/11/2025
                  Defendant(s).                      )   TIME: (time of hearing) 9:00am
16                                                   )   DEPT: (department number) 511
17                                                   )
                                                     )   Judge: (name of hearing judge) Stadman
18                                                   )   Dept: (department number) 12 1b 1
                                                     )   Action Filed: (date) 12/16/24
19                                                       Trial Date: (Date or Unassigned) 2/1D23

20  URGENT MOTION FOR RELIEF FROM JUDGEMENT, THE CASE MANAGEMENT
21  CONFERENCE WAS HELD ON FEBRAURY FIFTH IN ATTENDANCE DOR THE
22  PLAINTIFF WAS PAREWH PATEL AND CARLO ROSLAES AND THEIR SECOND
23  ATTORNEY. NO SETTEMENT WAS ENTERED AND JURY SET. FOR THE ALLEGED
24  DEFENDT ROBERT D Eberwein identifying as a man and lisa joseph hostagesurvior@gmail.com,
25  Ihss h9ward lake junior.  After heaqring the issues and objectiin raised by insighthusing.prg
26  subtenant and the lawyer spouting that n9o funds had been paid for seven months the courts orders
27  IMMEDIATE SHOW CAUSE AGAINST PLAINTIFF WHO DIS OBEYED THE COURT
28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

ENDORSED
FILED
ALAMEDA COUNTY

FEB 07 2025

CLERK OF THE SUPERIOR COURT
By
                    Deputy

1   ORDER AFTER OEAVING THE COURT ROOM AND CONTINUED TO REQUEST

2   SETTEMENT. FULLY AWQRE THA TUNKNOWN TO EBERWEIN THAT DEPARTMENT

3   OF VETERANS AFFAIRS NVEMBER 2024 AND JAUNAURAY 2023 HEARING HAD BEEN

4   MAIOED TO 495 10TH STREET OAKLAND CA 84607.  Boss workers blocaded the door and

5   prevented the ihss woriers from bringing in the clothing and groceris that had been cut off month

6   ago.

7

8   DATED: February 7, 2025

9                                       Your signature

                                      YOUR NAME

10                                       In Pro Per

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

| FW-003 | **Order on Court Fee Waiver**<br>**(Superior Court)** |
|---|---|

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Alameda

**02/05/2025**

Clad Flike, Executive Officer/Clerk of the Court

By: _____ **Deputy**
J. Paulasa

**(1) Person who asked the court to waive court fees:**

Name: Robert Eberwein

Street or mailing address: 495 10th St Rm 309

City: Oakland        State: CA    Zip: 94607

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

_____
_____
_____
_____
_____
_____

*Fill in court name and street address:*

**Superior Court of California, County of Alameda**

Hayward Hall of Justice
24405 Amador Street
Hayward CA 94544

**(3)** A request to waive court fees was filed on *(date):* 02/04/2025

☑ The court made a previous fee waiver order in this case on *(date):* 01/07/2025

*Fill in case number and name:*

**Case Number:**
24CV102467

**Case Name:**
KESHAVA LLC vs GOYENS

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:    ☐ *Request to Waive Court Fees*    ☑ *Request to Waive Additional Court Fees* **the court makes the following orders:**

a. ☐ The court **grants** your request, as follows:

   (1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

   (2) ☑ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

      ☑ Jury fees and expenses
      ☐ Fees for court-appointed experts
      ☐ Other *(specify):* _____

      ☑ Fees for a peace officer to testify in court
      ☑ Court-appointed interpreter fees for a witness

---

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003,** Page 1 of 3

| | Case Number: |
|---|---|
| Your name: Robert Eberwein | 24CV102467 |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

   (1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

      • Pay your fees and costs, or
      • File a new revised request that includes the incomplete items listed:
        ☐ Below    ☐ On Attachment 4b(1)

   (2) ☐  The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

      The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
      • Pay your fees and costs in full or the amount listed in c below, or
      • Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐  The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
      ☐ Below    ☐ On Attachment 4c(1)

   (2) ☐  Bring the items of proof to support your request, if reasonably available, that are listed:
      ☐ Below    ☐ On Attachment 4c(2)

**This is a Court Order.**

| Your name: Robert Eberwein | Case Number: |
| | 24CV102467 |

Name and address of court if different from above:

**Hearing Date** → Date: _____  Time: _____

Dept.: _____  Room: _____

_____

_____

_____

> **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 02/05/2025 _____

Signature of (check one):    ☑ Judicial Officer    ☐ Clerk, Deputy

**Chad A. Stegeman / Judge**

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☑ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* Hayward _____, California, on the date below.

    ☐ A certificate of mailing is attached.

Date: 02/05/2025 _____    Chad Finke, Executive Officer / Clerk of the Court

Clerk, by _____, Deputy

Name: J. Paulasa _____

**This is a Court Order.**

USDC NEVADA

**100**

Preliminary Admonitions

24cv10246
3:23-CV-00603
CRD 7336723-84

You have now been sworn as jurors in this case. I want to impress on you the seriousness and importance of serving on a jury. Trial by jury is a fundamental right in California. The parties have a right to a jury that is selected fairly, that comes to the case without bias, and that will attempt to reach a verdict based on the evidence presented. Before we begin, I need to explain how you must conduct yourselves during the trial.

Do not allow anything that happens outside this courtroom to affect your decision. During the trial do not talk about this case or the people involved in it with anyone, including family and persons living in your household, friends and co-workers, spiritual leaders, advisors, or therapists. You may say you are on a jury and how long the trial may take, but that is all. You must not even talk about the case with the other jurors until after I tell you that it is time for you to decide the case.

This prohibition is not limited to face-to-face conversations. It also extends to all forms of electronic communications. Do not use any electronic device or media, such as a cell phone or smart phone, PDA, computer, the Internet, any Internet service, any text or instant messaging service, any Internet chat room, blog, or website, including social networking websites or online diaries, to send or receive any information to or from anyone about this case or your experience as a juror until after you have been discharged from your jury duty.

During the trial you must not listen to anyone else talk about the case or the people involved in the case. You must avoid any contact with the parties, the lawyers, the witnesses, and anyone else who may have a connection to the case. If anyone tries to talk to you about this case, tell that person that you cannot discuss it because you are a juror. If he or she keeps talking to you, simply walk away and report the incident to the court attendant as soon as you can.

After the trial is over and I have released you from jury duty, you may discuss the case with anyone, but you are not required to do so.

During the trial, do not read, listen to, or watch any news reports about this case. This prohibition extends to the use of the Internet in any way, including reading any blog about the case or about anyone involved with it. If you receive any information about this case from any source outside of the courtroom, promptly report it to the court attendant. It is important that all jurors see and hear the same evidence at the same time.

Do not do any research on your own or as a group. Do not use dictionaries, the Internet, or other reference materials. Do not investigate the case or conduct any experiments. Do not contact

anyone to assist you, such as a family accountant, doctor, or lawyer. Do not visit or view the scene of any event involved in this case or use any Internet maps or mapping programs or any other program or device to search for or to view any place discussed in the testimony. If you happen to pass by the scene, do not stop or investigate. If you do need to view the scene during the trial, you will be taken there as a group under proper supervision.

If you violate any of these prohibitions on communications and research, including prohibitions on electronic communications and research, you may be held in contempt of court or face other sanctions. That means that you may have to serve time in jail, pay a fine, or face other punishment for that violation.

It is important that you keep an open mind throughout this trial. Evidence can only be presented a piece at a time. Do not form or express an opinion about this case while the trial is going on. You must not decide on a verdict until after you have heard all the evidence and have discussed it thoroughly with your fellow jurors in your deliberations.

Do not concern yourselves with the reasons for the rulings I will make during the course of the trial. Do not guess what I may think your verdict should be from anything I might say or do.

When you begin your deliberations, you may discuss the case only in the jury room and only when all the jurors are present.

You must decide what the facts are in this case. Do not let bias, sympathy, prejudice, or public opinion influence your verdict.

At the end of the trial, I will explain the law that you must follow to reach your verdict. You must follow the law as I explain it to you, even if you do not agree with the law.

## 101 Overview of Trial

To assist you in your tasks as jurors, I will now explain how the trial will proceed. I will begin by identifying the parties to the case. UMI HOSPITALITY filed this lawsuit. It is called a plaintiff. It seeks a judgment for possession of the residential premises that is occupied by from CHALENDEEANNKA GOYENS AND ROBERT EBERWEIN, who is called a defendant/respondent.

UMI HOSPITALITY claims that CHALENDEEANNKA GOYENS AND ROBERT EBERWEIN has committed a nuisance at his residence such that he should no longer be allowed to occupy the Premises. CHALENDEEANNKA GOYENS AND ROBERT EBERWEIN denies those claims.

First, each side may make an opening statement, but neither side is required to do so. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. Also, because it is often difficult to give you the evidence in the order we would prefer, the opening statement allows you to keep an overview of the case in mind during the presentation of the evidence.

Next, the jury will hear the evidence. UMI HOSPITALITY will present evidence first. When UMI HOSPITALITY is finished, CHALENDEEANNKA GOYENS AND ROBERT EBERWEIN will have an opportunity to present evidence

Each witness will first be questioned by the side that asked the witness to testify. This is called direct examination. Then the other side is permitted to question the witness. This is called cross-examination.
Documents or objects referred to during the trial are called exhibits. Exhibits are given a [number/letter] so that they may be clearly identified. Exhibits are not evidence until I admit them into evidence. During your deliberations, you will be able to look at all exhibits admitted into evidence.

There are many rules that govern whether something will be admitted into evidence. As one side presents evidence, the other side has the right to object and to ask me to decide if the evidence is permitted by the rules. Usually, I will decide immediately, but sometimes I may have to hear arguments outside of your presence.

3

After the evidence has been presented, I will instruct you on the law that applies to the case and the attorneys will make closing arguments. What the parties say in closing argument is not evidence. The arguments are offered to help you understand the evidence and how the law applies to it.

102

Taking Notes During the Trial

You have been given notebooks and may take notes during the trial. Do not take the notebooks out of the courtroom or jury room at any time during the trial. You may take your notes into the jury room during deliberations.

You should use your notes only to remind yourself of what happened during the trial. Do not let your note-taking interfere with your ability to listen carefully to all the testimony and to watch the witnesses as they testify. Nor should you allow your impression of a witness or other evidence to be influenced by whether or not other jurors are taking notes. Your independent recollection of the evidence should govern your verdict, and you should not allow yourself to be influenced by the notes of other jurors if those notes differ from what you remember.

At the end of the trial, your notes will be collected and destroyed/collected and retained by the court but not as a part of the case record.

## 103.

### Number of Parties

There is one plaintiff in this trial. You should decide the case of each plaintiff separately as if it were a separate lawsuit. Each plaintiff is entitled to separate consideration of his or her own claim(s).

There is one defendant in this trial. You should decide the case against each defendant separately as if it were a separate lawsuit. Each defendant is entitled to separate consideration of his or her own defenses.

Unless I tell you otherwise, all instructions apply to each plaintiff and defendant.

104

Nonperson Party

A Limited Liability Company, UMI HOSPITALITY, is a party in this lawsuit. UMI HOSPITALITY is entitled to the same fair and impartial treatment that you would give to an individual. You must decide this case with the same fairness that you would use if you were deciding the case between individuals.

When I use words like "person" or "he" or "she" in these instructions to refer to a party, those instructions also apply to UMI HOSPITALITY.

**106**

Evidence

You must decide what the facts are in this case only from the evidence you see or hear during the trial. Sworn testimony, documents, or anything else may be admitted into evidence. You may not consider as evidence anything that you see or hear when court is not in session, even something done or said by one of the parties, attorneys, or witnesses.

What the attorneys say during the trial is not evidence. In their opening statements and closing arguments, the attorneys will talk to you about the law and the evidence. What the lawyers say may help you understand the law and the evidence, but their statements and arguments are not evidence.

The attorneys' questions are not evidence. Only the witnesses' answers are evidence. You should not think that something is true just because an attorney's question suggests that it is true. However, the attorneys for both sides can agree that certain facts are true. This agreement is called a "stipulation." No other proof is needed and you must accept those facts as true in this trial.

Each side has the right to object to evidence offered by the other side. If I do not agree with the objection, I will say it is overruled. If I overrule an objection, the witness will answer and you may consider the evidence. If I agree with the objection, I will say it is sustained. If I sustain an objection, you must ignore the question. If the witness did not answer, you must not guess what he or she might have said or why I sustained the objection. If the witness has already answered, you must ignore the answer.

An attorney may make a motion to strike testimony that you have heard. If I grant the motion, you must totally disregard that testimony. You must treat it as though it did not exist.

 Gmail      im not lawyer Williams Goyens Bell Eberwein <chaladeeannka100@gmail.com>

## E1594961 NOTICE TO APPEAR
1 message

**Travis Windham** <Travis_Windham@cvb.uscourts.gov>      Mon, Jul 22, 2024 at 3:59 PM
To: "CHALADEEANNKA100@GMAIL.COM" <CHALADEEANNKA100@gmail.com>

Travis Windham

CVB CLERK

210-301-6422

nta_CN31_E1594961.pdf
168K

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE ISSUED | CASE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| E1594961 | CN31 | 05/01/2024 | | APPEARANCE REQUIRED |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| CONFORM SIGNS/DIRECTIONS | |

| UNITED STATES OF AMERICA | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| v.<br>CHALEDEEANNKA A GOYENS<br>1390 MARKET ST<br>SAN FRANCISCO, CA 94122 | 07/18/2024<br>09:30 AM<br>***IMPORTANT***<br>SEE INSTRUCTIONS BELOW | US DISTRICT COURT<br>VIRTUALLY VIA ZOOM<br>SEE SPECIAL INSTRUCTIONS BELOW<br>SAN FRANCISCO, CA 94102 |

A violation notice issued to you personally, or placed on your vehicle, remains pending. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must pay the amount due prior to your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A payment is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov

## SPECIAL INSTRUCTIONS

All proceedings will be held virtually on Zoom. DO NOT GO to the federal courthouse. On the above date and time, join the proceedings by phone or on a browser on your computer or smartphone:

* Phone: Call (669) 254 5252. At the prompt, enter the Meeting ID 160 744 6117 and then the password 038211.

* Computer or smartphone: https://www.zoomgov.com/j/1607446117 and use the password 038211.

There is no judge at this proceeding. This is an informal settlement conference between you and the prosecutor from the US Attorney's Office. A representative of the Federal Public Defender's Office will be on the call and is available to assist you. If you have any questions, please contact the Federal Public Defender's Office at Christine_Miles@fd.org or (415) 265-1014.

--- --- --- --- --- --- __If payment has been sent, disregard this notice.__ --- --- --- --- --- --- --- ---
*Detach this portion and return it with your payment or pay on-line at www.cvb.uscourts.gov*

| **Central Violations Bureau**<br>**P.O. Box 780549**<br>**San Antonio, TX 78278**<br>**(800) 827-2982** | VIOLATION NUMBER | LOCATION CODE | AMOUNT DUE |
|---|---|---|---|
| | E1594961 | CN31 | APPEARANCE REQUIRED |
| **DEFENDANT'S NAME AND ADDRESS** | | | |
| CHALEDEEANNKA A GOYENS<br>1390 MARKET ST<br>SAN FRANCISCO, CA 94122 | - To pay by credit card, visit www.cvb.uscourts.gov.<br>- To pay by mail, return this portion of the form with your check or money order to the address listed on the stub. There is a $53 fee for returned payments.<br>- Make the check or money order payable to the **Central Violations Bureau**.<br>- Write the violation number and location code on your check or money order.<br>- **DO NOT SEND CASH.** | | |

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**CHRIS MILES**
*Attorney*

Telephone:     (415) 436-7700
Direct Phone:  (415) 265-1014

July 18, 2024

Re: Citation(s)

CN31-E1594961                                          GOYENS, CHALEDEEANNKA A

Dear Ms Goyens:

    The prosecutor has agreed to dismiss the citation above and it will be coded as dismissed with the Central Violations Bureau when the docket is processed. There is no fine. This letter is for your records.

    If you have any questions, please call me at the above number or email me at Christine_Miles@fd.org.

Kind regards,

CHRIS MILES
Attorney

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**CHRIS MILES**
*Attorney*

Telephone:      (415) 436-7700
Direct Phone:   (415) 265-1014

July 18, 2024

Re: Citation(s)
+CN31-E1594961

GOYENS, CHALEDEEANNKA A

Dear Ms Goyens:

The prosecutor has agreed to dismiss the citation above and it will be coded as dismissed with the Central Violations Bureau when the docket is processed. There is no fine. This letter is for your records.

If you have any questions, please call me at the above number or email me at Christine_Miles@fd.org.

Kind regards,

CHRIS MILES
Attorney