United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KESHAVA LLC,

        Plaintiff,

  v.

CHALEDEEANNKA GOYENS, et al.,

        Defendants.

Case No. 25-cv-01462-WHO

**JUDGMENT**

Judgment is entered in this case pursuant to the Court's February 20, 2025 Order Dismissing the Case. It shall be remanded back to Alameda Superior Court.

**IT IS SO ORDERED.**

Dated: February 21, 2025

William H. Orrick
United States District Judge